| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**LAW OFFICES OF DAVID WOLFF LLC**<br>**Attorneys for Trustee**<br>**396 Route 34**<br>**Matawan, NJ 07747** | Order Filed on October 27, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**MEDHAT M. ABDELMAGUID AND**<br>**AMAL A. ABDELRAHMAN,**<br><br>                           **Debtors.** | Case No.:    17-23000-JKS<br><br>Hearing Date:    10/19/2017 @ 10:00 a.m.<br><br>Judge:    Hon. John K. Sherwood<br><br>Chapter:    7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 27, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

Ordered that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Law Offices of David Wolff LLC | $3,267.00* | $25.52 |

and it is further

Ordered that, if this case is, or has been, converted to Chapter 13, all fees and expenses granted above are to be paid in the Debtor's Chapter 13 Plan.

```
* Attorney time reduced to 6.6 hours
```