**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**LAW OFFICES OF DAVID WOLFF LLC**
Attorneys for Trustee
396 Route 34
Matawan, NJ 07747

Order Filed on October 27, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

MEDHAT M. ABDELMAGUID AND
AMAL A. ABDELRAHMAN,

**Debtors.**

Case No.:   17-23000-JKS

Hearing Date:   10/19/2017 @ 10:00 a.m.

Judge:   Hon. John K. Sherwood

Chapter:   7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 27, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

Ordered that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Law Offices of David Wolff LLC | $3,267.00* | $25.52 |

and it is further

Ordered that, if this case is, or has been, converted to Chapter 13, all fees and expenses granted above are to be paid in the Debtor's Chapter 13 Plan.

* Attorney time reduced to 6.6 hours

United States Bankruptcy Court
District of New Jersey

In re:
Medhat M. Abdelmaguid
Amal A. Abdelrahman
      Debtors

Case No. 17-23000-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 27, 2017
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2017.
db/jdb       +Medhat M. Abdelmaguid,    Amal A. Abdelrahman,    2 Thompson Rd,    Denville, NJ 07834-2521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2017 at the address(es) listed below:
         David Wolff    on behalf of Attorney    Law Offices of David Wolff LLC dwtrustee@verizon.net
         Marie-Ann Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
         Scott J. Goldstein    on behalf of Debtor Medhat M. Abdelmaguid sjg@sgoldsteinlaw.com,
    cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
         Scott J. Goldstein    on behalf of Joint Debtor Amal A. Abdelrahman sjg@sgoldsteinlaw.com,
    cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                         TOTAL: 6