UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rebecca A. Solarz, Esquire
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
rsolarz@kmllawgroup.com
Attorneys for Secured Creditor

In Re:

Abdelmaguid Medhat M.,

Debtor

Case No.:    17-23000 JKS

Chapter:    13

Hearing Date:    12/14/2017

Judge:    John K. Sherwood

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Objection to Confirmation to the Plan filed on November 30, 2017 as Docket No. 39

_____

Date: 12/13/2017                    /s/ Rebecca A. Solarz, Esquire
                                    Signature

*rev.8/1/15*