Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  17−23000−JKS
                              Chapter:  13
                              Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Medhat M. Abdelmaguid                         Amal A. Abdelrahman
  dba Casa Neno LLC, dba Paradiso Pizzeria        2 Thompson Rd
  2 Thompson Rd                                        Denville, NJ 07834
  Denville, NJ 07834

Social Security No.:
  xxx−xx−7981                                           xxx−xx−6479

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       1/25/18
Time:      11:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scott J. Goldstein
Debtor's Attorney

COMMISSION OR FEES
$3,915.00

EXPENSES
$42.14

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 5, 2018
JAN:

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                                Case No. 17-23000-JKS
Medhat M. Abdelmaguid                                                 Chapter 13
Amal A. Abdelrahman
        Debtors                            CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 3              Date Rcvd: Jan 05, 2018
                               Form ID: 137                 Total Noticed: 79


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2018.
db/jdb         +Medhat M. Abdelmaguid,    Amal A. Abdelrahman,    2 Thompson Rd,    Denville, NJ 07834-2521
aty            +Law Offices of David Wolff LLC,    396 Route 34,    Matawan, NJ 07747-7115
tr             +David Wolff,    Law Offices of David Wolff LLC,    396 Route 34,    Matawan, NJ 07747-7115
516903164       American Express,    PO Box 6985,    Buffalo, NY 14240-6985
516903163       American Express,    PO Box 8216,    Mason, OH 45040-8216
517078490       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516903162      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: AAA Financial Services,    PO Box 15019,    Wilmington, DE 19886-5019)
516903171       Barclays Bank,    PO Box 8803,    Wilmington, DE 19899-8803
516903173       CACH LLC,   PO Box 5980,    Denver, CO 80127-5980
516903175       Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516903179       Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
516903248      +Carl E. Zapffe, Esq.,    Fenton & McGarvey Law Firm, P.S.C.,    2401 Stanley Gault Parkway,
                 Louisville, KY 40223-4175
516903180       Chase Bank USA, N.A.,    PO Box 15298,    Wilmington, DE 19850-5298
516903224       Christopher P. Odogbili, Esq.,    Pressler and Pressler, LLP,    7 Entin Road,
                 Parssippany, NJ 07054-5020
516903183       Citibank, N.A.,    PO Box 6241,    Sioux Falls, SD 57117-6241
516903185       Citibank/Best Buy,    PO Box 6241,    Sioux Falls, SD 57117-6241
516903187       Citibank/Home Depot,    PO Box 6241,    Sioux Falls, SD 57117-6241
516903188       Client Services,    3541 Harry S Truman Blvd,    Saint Charles, MO 63301-4047
516903191       Convergent,    PO Box 9004,    Renton, WA 98057-9004
516903211       Daryl J. Kipnis, Esq.,    Pressler and Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516903172       David Burton Brady, Esq.,    Brady & Correale, L.L.P.,    PO Box 2136,
                 Morristown, NJ 07962-2136
517222552       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
516903196       Ferraro Foods, Inc.,    287 S. Randolphville Road, Suite 200,    Piscataway, NJ 08854-3806
516903198       First Bankcard,    ATTN: First National Bank of Omaha,    PO Box 2340,    Omaha, NE 68103-2340
516903200       First Credit Services, Inc.,    377 Hoes Lane, Suite 200,    Piscataway, NJ 08854-4155
517083654      +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
516903201       First National Bank of Omaha,    Stop Code 3105,    Omaha, NE 68197-0001
516903202      #First Step Group, LLC,    6300 Shingle Creek Parkway, Suite 220,
                 Brooklyn Center, MN 55430-2162
516903192       Louis A. Di Mare, Esq.,    287 S. Randolphville Road, Suite 200,    Piscataway, NJ 08854-3806
516903213       M&T Bank Mortgage,    PO Box 1288,    Buffalo, NY 14240-1288
516903212       Macys,   PO Box 8218,    Mason, OH 45040-8218
516903221       Nissan-Infiniti LT,    PO Box 660366,    Dallas, TX 75266-0366
516903223      +Northland Group Inc,    PO Box 390905,    Minneapolis, MN 55439-0905
516903225       PNC Bank, N.A.,    PO Box 3180,    Pittsburgh, PA 15230-3180
517108821      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
516903230       Retro Fitness Rockaway,    295 U.S. Highway 46,    Rockaway, NJ 07866-3823
516903222      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: NJ Division of Taxation,    PO Box 245,    Bankruptcy Section,
                 Trenton, NJ 08695-0245)
516903231       Santander Consumer USA,    5201 Rufe Snow Drive,    North Richard Hills, TX 76180-6036
517092806      +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516903232       Stoneleigh Recovery Associates,    810 Springer Drive,    Lombardi, IL 60148-6413
516903233       Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
517117680      +TD BANK, N.A.,    Payment Processing,    PO BOX 16029,    Lewiston, ME 04243-9507
517130616      +TD Bank, NA,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
516903244       The Bureaus Inc,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
516903219       Thomas M. Murtha, Esq.,    Portfolio Recovery Associates LLC,    120 Corporate Blvd, Suite 100,
                 Norfolk, VA 23502-4952
517258266       U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 St. Louis MO 63166-0108
516903195      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Elan Financial Services,    PO Box 108,    Saint Louis, MO 63136-0108)
516903245       United Collections Bureau, Inc.,    5620 Southwyck Blvd, Suite 206,    Toledo, OH 43614-1501
516903247       Vital Recovery Services, LLC,    PO Box 923748,    Peachtree Corners, GA 30010-3748
516903210       Walter Kavanagh,    Superior Court of New Jersey,    Special Civil Part,    PO Box 1702,
                 Morristown, NJ 07962-1702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 05 2018 23:03:03       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 05 2018 23:02:59       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
```

```
District/off: 0312-2           User: admin                  Page 2 of 3                   Date Rcvd: Jan 05, 2018
                               Form ID: 137                 Total Noticed: 79


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2018 23:00:05
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516903165       +E-mail/Text: legal@arsnational.com Jan 05 2018 23:02:51      ARS National Services Inc.,
                 PO Box 469100,    Escondido, CA 92046-9100
517210060       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 05 2018 23:05:59
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
516903193        E-mail/Text: mrdiscen@discover.com Jan 05 2018 23:02:34      Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850-5316
517094351        E-mail/Text: mrdiscen@discover.com Jan 05 2018 23:02:34      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516903204        E-mail/Text: bankruptcy@fult.com Jan 05 2018 23:03:58      Fulton Bank of New Jersey,
                 533 Fellowship Road, Suite 250,    Mount Laurel, NJ 08054-3411
516903206        E-mail/Text: fggbanko@fgny.com Jan 05 2018 23:02:36      Glenn S. Garbus, Esq.,
                 Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
516903209        E-mail/Text: cio.bncmail@irs.gov Jan 05 2018 23:02:42      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517189684        E-mail/Text: camanagement@mtb.com Jan 05 2018 23:02:51      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
517197612       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 05 2018 23:02:58      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516903214        E-mail/Text: bkr@cardworks.com Jan 05 2018 23:02:32      Merrick Bank,
                 10705 S. Jordan Gateway, Suite 200,    South Jordan, UT 84095-3977
516903218        E-mail/Text: bankruptcydpt@mcmcg.com Jan 05 2018 23:02:58      Midland Credit Management, Inc.,
                 PO Box 60578,    Los Angeles, CA 90060-0578
516903215        E-mail/Text: bankruptcydpt@mcmcg.com Jan 05 2018 23:02:58      Midland Funding LLC,
                 2365 Northside Drive, Suite 300,    Los Angeles, CA 92108-2709
516903226        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 05 2018 23:06:03
                 Portfolio Recovery Associates LLC,    120 Corporate Blvd, Suite 100,    Norfolk, VA 23502
517129767        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 05 2018 23:17:46
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
517129186        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 05 2018 23:05:59
                 Portfolio Recovery Associates, LLC,    c/o Sams Club,    POB 41067,    Norfolk VA 23541
517129763        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 05 2018 23:06:04
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
517129815        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 05 2018 23:05:54
                 Portfolio Recovery Associates, LLC,    c/o Toysrus,    POB 41067,    Norfolk VA 23541
517129765        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 05 2018 23:05:53
                 Portfolio Recovery Associates, LLC,    c/o Wal-Mart,    POB 41067,    Norfolk VA 23541
516903235        E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2018 23:00:17      SYNCB/JC Penney DC,
                 PO Box 965007,    Orlando, FL 32896-5007
516903236        E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2018 23:00:05      SYNCB/JX COS DC,    PO Box 965064,
                 Orlando, FL 32896-5064
516903237        E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2018 23:00:05      SYNCB/Sams Club DC,
                 PO Box 965005,    Orlando, FL 32896-5005
516903238        E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2018 23:00:17      SYNCB/TOYSRUS,    PO Box 530938,
                 Atlanta, GA 30353-0938
516903239        E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2018 23:00:17      SYNCB/Walmart,    PO Box 865064,
                 Orlando, FL 32896-5064
516905131       +E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2018 23:00:26      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516903240        E-mail/Text: bankruptcy@td.com Jan 05 2018 23:03:05      TD Bank, N.A.,    PO Box 84037,
                 Columbus, GA 31908-4037
516903246        E-mail/Text: bnc@alltran.com Jan 05 2018 23:02:36      United Recovery Systems,    PO Box 722910,
                 Houston, TX 77272-2910
                                                                                              TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516903166*     +ARS National Services Inc.,    PO Box 469100,     Escondido, CA 92046-9100
516903167*     +ARS National Services Inc.,    PO Box 469100,     Escondido, CA 92046-9100
516903168*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982236,    El Paso, TX 79998-2236)
516903169*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America, N.A.,     PO Box 982238,    El Paso, TX 79998-2236)
516903170*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America, N.A.,     PO Box 982238,    El Paso, TX 79998-2238)
516903197*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA Card Services,     PO Box 982238,    El Paso, TX 79998-2238)
516903174*      CACH LLC,    PO Box 5980,    Denver, CO 80127-5980
516903176*      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516903177*      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516903178*      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516903181*      Chase Bank USA, N.A.,    PO Box 15298,    Wilmington, DE 19850-5298
516903182*      Chase Bank USA, N.A.,    PO Box 15298,    Wilmington, DE 19850-5298
516903184*      Citibank, N.A.,    PO Box 6241,    Sioux Falls, SD 57117-6241
516903186*      Citibank/Best Buy,    PO Box 6241,    Sioux Falls, SD 57117-6241
516903189*      Client Services,    3541 Harry S Truman Blvd,    Saint Charles, MO 63301-4047
516903190*      Client Services,    3541 Harry S Truman Blvd,    Saint Charles, MO 63301-4047
```

```
District/off: 0312-2              User: admin              Page 3 of 3              Date Rcvd: Jan 05, 2018
                                  Form ID: 137             Total Noticed: 79


          ***** BYPASSED RECIPIENTS (continued) *****
516903194*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court:  Discover Financial Services,    PO Box 15316,
                 Wilmington, DE 19850-5316)
516903199*     First Bankcard,    ATTN: First National Bank of Omaha,    PO Box 2340,    Omaha, NE 68103-2340
516903203*     First Step Group, LLC,    6300 Shingle Creek Parkway, Suite 220,
                 Brooklyn Center, MN 55430-2162
516903205*     Fulton Bank of New Jersey,    533 Fellowship Road, Suite 250,    Mount Laurel, NJ 08054-3411
516903207*     Glenn S. Garbus, Esq.,    Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
516903208*     Glenn S. Garbus, Esq.,    Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
516903216*     Midland Funding LLC,    2365 Northside Drive, Suite 300,    Los Angeles, CA 92108-2709
516903217*     Midland Funding LLC,    2365 Northside Drive, Suite 300,    Los Angeles, CA 92108-2709
516903227*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates LLC,    120 Corporate Blvd, Suite 100,
                 Norfolk, VA 23502)
516903228*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates LLC,    120 Corporate Blvd, Suite 100,
                 Norfolk, VA 23502-4952)
516903229*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates LLC,    120 Corporate Blvd, Suite 100,
                 Norfolk, VA 23502-4952)
516903234*     Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
516903241*    ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
               (address filed with court:  TD Bank, N.A.,    PO Box 84037,    Columbus, GA 31908-4037)
516903242*    ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
               (address filed with court:  TD Bank, N.A.,    PO Box 84037,    Columbus, GA 31908-4037)
516903243*    ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
               (address filed with court:  TD Bank, N.A.,    PO Box 84037,    Columbus, GA 31908-4037)
516903220*     Thomas M. Murtha, Esq.,    Portfolio Recovery Associates LLC,    120 Corporate Blvd, Suite 100,
                 Norfolk, VA 23502-4952
                                                                                              TOTALS: 0, * 32, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2018 at the address(es) listed below:
              David Wolff    on behalf of Attorney    Law Offices of David Wolff LLC dwtrustee@verizon.net
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
              Scott J. Goldstein    on behalf of Debtor Medhat M. Abdelmaguid sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Joint Debtor Amal A. Abdelrahman sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```