SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
#### Chapter 13 Case # 17-23000

| Re: | MEDHAT M. ABDELMAGUID<br>AMAL A. ABDELRAHMAN<br>2 THOMPSON RD<br>DENVILLE,  NJ  07834 | Atty: | SCOTT J. GOLDSTEIN<br>LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC<br>280 WEST MAIN STREET<br>DENVILLE, NJ  07834 |
|---|---|---|---|

## RECEIPTS AS OF 12/31/2017  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/17/2017 | $818.00 | 24650676145 | 11/20/2017 | $818.00 | 4455626000 - |
| 12/14/2017 | $818.00 | 4516795000  - | 12/18/2017 | $818.00 | 4516795000 - |

**Total Receipts: $3,272.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $3,272.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017  (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 144.78 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | AMERICAN EXPRESS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | BANK OF AMERICA, N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | CAPITAL ONE RETAIL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | CHASE BANK USA, N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | CITIBANK, N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 859.60 | 0.00% | 0.00 | 0.00 |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,594.09 | 0.00% | 0.00 | 0.00 |
| 0025 | DISCOVER BANK | UNSECURED | 4,867.34 | 0.00% | 0.00 | 0.00 |
| 0028 | FERRARO FOODS, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0029 | FIRST BANKCARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0033 | DISCOVER BANK | UNSECURED | 5,868.18 | 0.00% | 0.00 | 0.00 |
| 0035 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | M&T BANK | MORTGAGE ARRE | 1,849.16 | 100.00% | 0.00 | 0.00 |
| 0038 | MACYS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0039 | MERRICK BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0041 | MIDLAND FUNDING LLC | SECURED | 1,465.00 | 0.00% | 0.00 | 0.00 |
| 0042 | NJ DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | NISSAN-INFINITI LT | UNSECURED | 5,344.44 | 0.00% | 0.00 | 0.00 |
| 0045 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 9,123.99 | 0.00% | 0.00 | 0.00 |
| 0048 | RETRO FITNESS ROCKAWAY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0049 | SYNCB/JC PENNEY DC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0050 | MIDLAND FUNDING LLC | UNSECURED | 1,203.58 | 0.00% | 0.00 | 0.00 |
| 0051 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,471.71 | 0.00% | 0.00 | 0.00 |
| 0052 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,677.26 | 0.00% | 0.00 | 0.00 |
| 0053 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 713.54 | 0.00% | 0.00 | 0.00 |
| 0058 | TD BANK NA | UNSECURED | 3,277.04 | 0.00% | 0.00 | 0.00 |
| 0068 | LAW OFFICES OF DAVID WOLFF LLC | PRIORITY | 3,292.52 | 100.00% | 0.00 | 0.00 |
| 0069 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 924.40 | 100.00% | 0.00 | 0.00 |
| 0070 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 1,115.46 | 0.00% | 0.00 | 0.00 |
| 0071 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0072 | BANK OF AMERICA, N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0073 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0074 | DAVID BURTON BRADY, ESQ. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0075 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0076 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 4,786.83 | 0.00% | 0.00 | 0.00 |
| 0077 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0078 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0079 | CHASE BANK USA, N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0080 | CHASE BANK USA, N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0081 | CITIBANK, N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0082 | MIDLAND FUNDING LLC | UNSECURED | 737.12 | 0.00% | 0.00 | 0.00 |
| 0083 | DISCOVER FINANCIAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0084 | FIRST BANKCARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0085 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 3,360.18 | 0.00% | 0.00 | 0.00 |
| 0086 | FULTON BANK OF NEW JERSEY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0087 | TD BANK NA | UNSECURED | 4,730.06 | 0.00% | 0.00 | 0.00 |
| 0088 | TD BANK, N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0089 | TD BANK, N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0090 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 3,905.78 | 0.00% | 0.00 | 0.00 |
| 0091 | US BANK NATIONAL ASSOCIATION | UNSECURED | 5,414.64 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $144.78**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 10, 2018.

Receipts: $3,272.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $144.78    =    Funds on Hand: $2,309.22

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.