| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT J GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br><br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br>Attorney for Medhat Abdelmaguid and Amal Abdelrahman, Debtors | Order Filed on January 28, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Medhat Abdelmaguid<br><br>    Amal Abdelrahman,<br><br>                        Debtors | Case No.: 17-23000<br>Chapter: 13<br>Judge: JKS |

## ORDER GRANTING CHAPTER 13 FEE

The relief set forth on the following page is **ORDERED**

**DATED: January 28, 2018**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

**ORDER GRANTING CHAPTER 13 FEE**
**Page 2**

The applicant having certified that legal work on an hourly basis has been rendered and was necessary to the prosecution of the within Chapter 13 matter and was in the interests of the debtors, and no objections having been raised it is:

ORDERED that          Scott J Goldstein          the applicant, is allowed a fee of $ 3915.00          for services rendered and expenses in the amount of $ 42.14          for a total of $ 3957.14          The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

~~The debtor's monthly plan is modified to require a payment of $          per month for          months to allow for payment of the above fee.~~

*rev. 8/1/15*

2.