UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street

Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com
Attorney for Medhat Abdelmaguid and Amal Abdelrahman, Debtors

Order Filed on January 28, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

    Medhat Abdelmaguid

    Amal Abdelrahman,

                    Debtors

Case No.: 17-23000

Chapter: 13

Judge: JKS

## ORDER GRANTING CHAPTER 13 FEE

The relief set forth on the following page is **ORDERED**

**DATED: January 28, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**ORDER GRANTING CHAPTER 13 FEE**
**Page 2**

The applicant having certified that legal work on an hourly basis has been rendered and was necessary to the prosecution of the within Chapter 13 matter and was in the interests of the debtors, and no objections having been raised it is:

ORDERED that _____Scott J Goldstein_____ the applicant, is allowed a fee of $ 3915.00 _____ for services rendered and expenses in the amount of $ 42.14 _____ for a total of $ 3957.14 _____ The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

~~The debtor's monthly plan is modified to require a payment of $ _____ per month for _____ months to allow for payment of the above fee.~~

*rev. 8/1/15*

2.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                      Case No. 17-23000-JKS
Medhat M. Abdelmaguid                                       Chapter 13
Amal A. Abdelrahman
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin             Page 1 of 1           Date Rcvd: Jan 29, 2018
                             Form ID: pdf903         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2018.
db/jdb         +Medhat M. Abdelmaguid,    Amal A. Abdelrahman,    2 Thompson Rd,    Denville, NJ 07834-2521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2018 at the address(es) listed below:
```
          David   Wolff     on behalf of Attorney    Law Offices of David Wolff LLC dwtrustee@verizon.net
          Denise E. Carlon     on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg     magecf@magtrustee.com
          Rebecca Ann Solarz     on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
          Scott J. Goldstein     on behalf of Debtor Medhat M. Abdelmaguid sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          Scott J. Goldstein     on behalf of Joint Debtor Amal A. Abdelrahman sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```