SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN,
LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 17-23000

| Re: | MEDHAT M. ABDELMAGUID | Atty: | SCOTT J. GOLDSTEIN |
|---|---|---|---|
| | AMAL A. ABDELRAHMAN | | LAW OFFICES OF SCOTT J. GOLDSTEIN, |
| | 2 THOMPSON RD | | LLC |
| | DENVILLE,  NJ  07834 | | 280 WEST MAIN STREET |
| | | | DENVILLE, NJ  07834 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $65,079.00**

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/17/2017 | $818.00 | 24650676145 | 11/20/2017 | $818.00 | 4455626000   - |
| 12/14/2017 | $818.00 | 4516795000   - | 12/18/2017 | $818.00 | 4516795000   - |
| 01/02/2018 | ($818.00) | 4516795000 | 01/22/2018 | $1,000.00 | 4606369000   - |
| 02/20/2018 | $1,000.00 | 4682668000   - | 03/27/2018 | $1,000.00 | 4780613000 |
| 04/25/2018 | $1,000.00 | 4858415000 | 05/24/2018 | $1,000.00 | 4935809000 |
| 06/25/2018 | $1,000.00 | 5012094000 | 07/24/2018 | $1,000.00 | 5093846000 |
| 08/23/2018 | $1,000.00 | 5172577000 | 09/26/2018 | $1,000.00 | 5260059000 |
| 10/26/2018 | $1,000.00 | 5339268000 | 11/26/2018 | $1,000.00 | 5414026000 |
| 12/24/2018 | $1,000.00 | 5489844000 | | | |

**Total Receipts: $14,454.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $14,454.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | | | |
| | 12/17/2018 | $13.93 | 8,000,806 | | | | |
| BRANDY AND CORREALE LLP | | | | | | | |
| | 11/19/2018 | $6.98 | 813,495 | | 12/17/2018 | $22.51 | 815,367 |
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | | | | | | | |
| | 11/19/2018 | $14.15 | 813,318 | | 12/17/2018 | $45.63 | 815,195 |
| CACH LLC | | | | | | | |
| | 11/19/2018 | $36.18 | 813,405 | | 12/17/2018 | $116.68 | 815,280 |
| | 12/17/2018 | $8.47 | 815,280 | | | | |
| DEPARTMENT STORE NATIONAL BANK | | | | | | | |
| | 12/17/2018 | $8.90 | 815,045 | | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 11/19/2018 | $11.55 | 813,828 | | 12/17/2018 | $37.23 | 815,712 |

**Chapter 13 Case # 17-23000**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 11/19/2018 | $14.39 | 813,840 | | 11/19/2018 | $17.35 | 813,840 |
| | 12/17/2018 | $46.40 | 815,724 | | 12/17/2018 | $55.94 | 815,724 |
| FIRST NATIONAL BANK OF OMAHA | | | | | | | |
| | 11/19/2018 | $9.93 | 813,897 | | 12/17/2018 | $32.03 | 815,785 |
| LAW OFFICES OF DAVID WOLFF LLC | | | | | | | |
| | 08/20/2018 | $2,301.78 | 808,208 | | 09/17/2018 | $946.00 | 810,164 |
| | 10/22/2018 | $44.74 | 812,097 | | | | |
| M&T BANK | | | | | | | |
| | 04/16/2018 | $130.61 | 799,943 | | 05/14/2018 | $525.04 | 801,829 |
| | 06/18/2018 | $527.83 | 803,729 | | 07/16/2018 | $527.82 | 805,718 |
| | 10/22/2018 | $79.58 | 811,456 | | 11/19/2018 | $58.28 | 813,410 |
| MERRICK BANK | | | | | | | |
| | 11/19/2018 | $5.34 | 814,081 | | 12/17/2018 | $17.22 | 815,967 |
| MIDLAND FUNDING LLC | | | | | | | |
| | 10/22/2018 | $845.68 | 811,151 | | 11/19/2018 | $619.32 | 813,119 |
| | 12/17/2018 | $9.21 | 815,000 | | 12/17/2018 | $15.03 | 815,000 |
| NISSAN-INFINITI LT | | | | | | | |
| | 11/19/2018 | $15.80 | 814,154 | | 12/17/2018 | $50.95 | 816,046 |
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 11/19/2018 | $26.97 | 814,229 | | 12/17/2018 | $86.97 | 816,123 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 11/19/2018 | $7.67 | 8,000,769 | | 11/19/2018 | $28.23 | 8,000,769 |
| | 11/19/2018 | $13.22 | 8,000,769 | | 11/19/2018 | $7.91 | 8,000,769 |
| | 12/17/2018 | $10.73 | 8,000,808 | | 12/17/2018 | $24.73 | 8,000,808 |
| | 12/17/2018 | $42.63 | 8,000,808 | | 12/17/2018 | $25.53 | 8,000,808 |
| | 12/17/2018 | $8.91 | 8,000,808 | | 12/17/2018 | $91.03 | 8,000,808 |
| PYOD LLC | | | | | | | |
| | 11/19/2018 | $16.68 | 814,251 | | 12/17/2018 | $53.77 | 816,146 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 12/17/2018 | $10.99 | 816,153 | | | | |
| TD BANK NA | | | | | | | |
| | 11/19/2018 | $13.98 | 813,348 | | 11/19/2018 | $9.69 | 813,348 |
| | 12/17/2018 | $31.24 | 815,222 | | 12/17/2018 | $45.09 | 815,222 |
| US BANK NATIONAL ASSOCIATION | | | | | | | |
| | 11/19/2018 | $16.01 | 813,454 | | 12/17/2018 | $51.61 | 815,324 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 768.77 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,957.14 | 100.00% | 3,957.14 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | BANK OF AMERICA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CAPITAL ONE RETAIL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CHASE BANK USA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | CITIBANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 859.60 | * | 18.93 | |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,594.09 | * | 57.13 | |
| 0025 | DISCOVER BANK | UNSECURED | 4,867.34 | * | 107.19 | |
| 0028 | FERRARO FOODS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | CACH LLC | UNSECURED | 12,240.59 | * | 269.56 | |

**Chapter 13 Case # 17-23000**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0033 | DISCOVER BANK | UNSECURED | 5,868.18 | * | 129.23 | |
| 0035 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0037 | M&T BANK | MORTGAGE ARRE | 1,849.16 | 100.00% | 1,849.16 | |
| 0038 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 712.82 | * | 15.70 | |
| 0039 | MERRICK BANK | UNSECURED | 1,806.03 | * | 39.78 | |
| 0041 | MIDLAND FUNDING LLC | SECURED | 1,465.00 | 100.00% | 1,465.00 | |
| 0042 | NJ DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0043 | NISSAN-INFINITI LT | UNSECURED | 5,344.44 | * | 117.70 | |
| 0045 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 9,123.99 | * | 200.93 | |
| 0048 | RETRO FITNESS ROCKAWAY | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | QUANTUM3 GROUP LLC | UNSECURED | 879.99 | * | 19.38 | |
| 0050 | MIDLAND FUNDING LLC | UNSECURED | 1,203.58 | * | 26.50 | |
| 0051 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,471.71 | * | 98.48 | |
| 0052 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,677.26 | * | 58.96 | |
| 0053 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 713.54 | * | 15.71 | |
| 0058 | TD BANK NA | UNSECURED | 3,277.04 | * | 72.16 | |
| 0068 | LAW OFFICES OF DAVID WOLFF LLC | ADMINISTRATIVE | 3,292.52 | 100.00% | 3,292.52 | |
| 0069 | SANTANDER CONSUMER USA INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 1,115.46 | * | 24.56 | |
| 0071 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | BANK OF AMERICA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | DAVID BURTON BRADY, ESQ. | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 4,786.83 | * | 105.42 | |
| 0077 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | CHASE BANK USA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | CHASE BANK USA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | PYOD LLC | UNSECURED | 5,641.22 | * | 124.23 | |
| 0082 | MIDLAND FUNDING LLC | UNSECURED | 737.12 | * | 16.23 | |
| 0083 | DISCOVER FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | CACH LLC | UNSECURED | 677.65 | * | 14.92 | |
| 0085 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 3,360.18 | * | 74.00 | |
| 0086 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 9,549.18 | * | 210.29 | |
| 0087 | TD BANK NA | UNSECURED | 4,730.06 | * | 104.17 | |
| 0088 | TD BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0089 | TD BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0090 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 3,905.78 | * | 86.01 | |
| 0091 | US BANK NATIONAL ASSOCIATION | UNSECURED | 5,414.64 | * | 119.24 | |
| 0092 | BRANDY AND CORREALE LLP | UNSECURED | 2,361.29 | * | 52.00 | |

**Total Paid: $13,511.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $14,454.00     -     Paid to Claims: $8,785.09     -     Admin Costs Paid: $4,725.91     =     Funds on Hand: $943.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.