SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 17-23000

Re:   MEDHAT M. ABDELMAGUID                    Atty:   SCOTT J. GOLDSTEIN
      AMAL A. ABDELRAHMAN                              LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
      2 THOMPSON RD                                   280 WEST MAIN STREET
      DENVILLE,  NJ  07834                            DENVILLE, NJ  07834

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $65,079.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/17/2017 | $818.00 | 24650676145 | 11/20/2017 | $818.00 | 4455626000  - |
| 12/14/2017 | $818.00 | 4516795000  - | 12/18/2017 | $818.00 | 4516795000  - |
| 01/02/2018 | ($818.00) | 4516795000 | 01/22/2018 | $1,000.00 | 4606369000  - |
| 02/20/2018 | $1,000.00 | 4682668000  - | 03/27/2018 | $1,000.00 | 4780613000 |
| 04/25/2018 | $1,000.00 | 4858415000 | 05/24/2018 | $1,000.00 | 4935809000 |
| 06/25/2018 | $1,000.00 | 5012094000 | 07/24/2018 | $1,000.00 | 5093846000 |
| 08/23/2018 | $1,000.00 | 5172577000 | 09/26/2018 | $1,000.00 | 5260059000 |
| 10/26/2018 | $1,000.00 | 5339268000 | 11/26/2018 | $1,000.00 | 5414026000 |
| 12/24/2018 | $1,000.00 | 5489844000 | 01/25/2019 | $1,125.00 | 5565666000 |
| 02/25/2019 | $1,125.00 | 5646126000 | 03/26/2019 | $1,125.00 | 5728260000 |
| 04/24/2019 | $1,125.00 | 5804386000 | 05/24/2019 | $1,125.00 | 5882203000 |
| 06/28/2019 | $1,125.00 | 5970206000 | 07/29/2019 | $1,125.00 | 6043005000 |
| 08/26/2019 | $1,125.00 | 6122322000 | 09/23/2019 | $1,125.00 | 6195169000 |
| 10/24/2019 | $1,125.00 | 6274721000 | 11/29/2019 | $1,125.00 | 6359285000 |
| 12/27/2019 | $1,125.00 | 6429244000 | | | |

**Total Receipts: $27,954.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $27,954.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | | |
| | 12/17/2018 | $13.93 | 8,000,806 | 01/14/2019 | $10.63 | 8,000,843 |
| | 02/11/2019 | $10.64 | 8,000,886 | 03/18/2019 | $11.96 | 8,000,932 |
| | 04/15/2019 | $11.96 | 8,000,978 | 05/20/2019 | $11.97 | 8,001,025 |
| | 06/17/2019 | $11.96 | 8,001,067 | 07/15/2019 | $12.18 | 8,001,112 |
| | 08/19/2019 | $12.18 | 8,001,154 | 09/16/2019 | $12.18 | 8,001,197 |
| | 10/21/2019 | $12.18 | 8,001,249 | 11/18/2019 | $12.49 | 8,001,287 |
| | 12/16/2019 | $12.03 | 8,001,330 | 01/13/2020 | $12.03 | 8,001,366 |

**Chapter 13 Case # 17-23000**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BRANDY AND CORREALE LLP | | | | | | |
| | 11/19/2018 | $6.98 | 813,495 | 12/17/2018 | $22.51 | 815,367 |
| | 01/14/2019 | $22.51 | 817,284 | 02/11/2019 | $22.51 | 819,177 |
| | 03/18/2019 | $25.33 | 821,123 | 04/15/2019 | $25.32 | 823,162 |
| | 05/20/2019 | $25.33 | 825,123 | 06/17/2019 | $25.32 | 827,171 |
| | 07/15/2019 | $25.77 | 829,026 | 08/19/2019 | $25.79 | 830,930 |
| | 09/16/2019 | $25.78 | 832,984 | 10/21/2019 | $25.78 | 834,953 |
| | 11/18/2019 | $26.45 | 837,054 | 12/16/2019 | $25.46 | 838,979 |
| | 01/13/2020 | $25.45 | 840,855 | | | |
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | | | | | | |
| | 11/19/2018 | $14.15 | 813,318 | 12/17/2018 | $45.63 | 815,195 |
| | 01/14/2019 | $45.64 | 817,123 | 02/11/2019 | $45.63 | 819,009 |
| | 03/18/2019 | $51.33 | 820,946 | 04/15/2019 | $51.35 | 822,980 |
| | 05/20/2019 | $51.33 | 824,939 | 06/17/2019 | $51.34 | 827,000 |
| | 07/15/2019 | $52.26 | 828,864 | 08/19/2019 | $52.26 | 830,750 |
| | 09/16/2019 | $52.26 | 832,824 | 10/21/2019 | $52.26 | 834,784 |
| | 11/18/2019 | $53.64 | 836,890 | 12/16/2019 | $51.61 | 838,821 |
| | 01/13/2020 | $51.60 | 840,705 | | | |
| CACH LLC | | | | | | |
| | 11/19/2018 | $36.18 | 813,405 | 12/17/2018 | $116.68 | 815,280 |
| | 12/17/2018 | $8.47 | 815,280 | 01/14/2019 | $116.70 | 817,198 |
| | 01/14/2019 | $6.45 | 817,198 | 02/11/2019 | $116.69 | 819,085 |
| | 02/11/2019 | $6.46 | 819,085 | 03/18/2019 | $131.31 | 821,032 |
| | 03/18/2019 | $7.28 | 821,032 | 04/15/2019 | $131.24 | 823,066 |
| | 04/15/2019 | $7.26 | 823,066 | 05/20/2019 | $131.29 | 825,028 |
| | 05/20/2019 | $7.27 | 825,028 | 06/17/2019 | $131.28 | 827,082 |
| | 06/17/2019 | $7.26 | 827,082 | 07/15/2019 | $133.63 | 828,939 |
| | 07/15/2019 | $7.40 | 828,939 | 08/19/2019 | $133.64 | 830,836 |
| | 08/19/2019 | $7.40 | 830,836 | 09/16/2019 | $133.64 | 832,904 |
| | 09/16/2019 | $7.40 | 832,904 | 10/21/2019 | $133.64 | 834,867 |
| | 10/21/2019 | $7.40 | 834,867 | 11/18/2019 | $137.13 | 836,973 |
| | 11/18/2019 | $7.59 | 836,973 | 12/16/2019 | $7.31 | 838,904 |
| | 12/16/2019 | $131.97 | 838,904 | 01/13/2020 | $131.98 | 840,780 |
| | 01/13/2020 | $7.30 | 840,780 | | | |
| DEPARTMENT STORE NATIONAL BANK | | | | | | |
| | 12/17/2018 | $8.90 | 815,045 | 01/14/2019 | $6.80 | 816,974 |
| | 02/11/2019 | $6.79 | 818,871 | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | |
| | 11/19/2018 | $11.55 | 813,828 | 12/17/2018 | $37.23 | 815,712 |
| | 01/14/2019 | $37.23 | 817,637 | 02/11/2019 | $37.23 | 819,526 |
| | 03/18/2019 | $41.91 | 821,501 | 03/18/2019 | $7.65 | 821,501 |
| | 04/15/2019 | $7.65 | 823,531 | 04/15/2019 | $41.88 | 823,531 |
| | 05/20/2019 | $7.63 | 825,510 | 05/20/2019 | $41.88 | 825,510 |
| | 06/17/2019 | $7.66 | 827,529 | 06/17/2019 | $41.89 | 827,529 |
| | 07/15/2019 | $7.78 | 829,379 | 07/15/2019 | $42.64 | 829,379 |
| | 08/19/2019 | $42.65 | 831,351 | 08/19/2019 | $7.78 | 831,351 |
| | 09/16/2019 | $42.64 | 833,369 | 09/16/2019 | $7.78 | 833,369 |
| | 10/21/2019 | $7.78 | 835,395 | 10/21/2019 | $42.64 | 835,395 |
| | 11/18/2019 | $7.99 | 837,467 | 11/18/2019 | $43.76 | 837,467 |
| | 12/16/2019 | $7.69 | 839,400 | 12/16/2019 | $42.11 | 839,400 |
| | 01/13/2020 | $7.68 | 841,266 | 01/13/2020 | $42.11 | 841,266 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 11/19/2018 | $14.39 | 813,840 | | 11/19/2018 | $17.35 | 813,840 |
| | 12/17/2018 | $46.40 | 815,724 | | 12/17/2018 | $55.94 | 815,724 |
| | 01/14/2019 | $55.94 | 817,650 | | 01/14/2019 | $46.40 | 817,650 |
| | 02/11/2019 | $55.95 | 819,537 | | 02/11/2019 | $46.40 | 819,537 |
| | 03/18/2019 | $62.92 | 821,513 | | 03/18/2019 | $52.19 | 821,513 |
| | 04/15/2019 | $52.21 | 823,543 | | 04/15/2019 | $62.94 | 823,543 |
| | 05/20/2019 | $62.93 | 825,522 | | 05/20/2019 | $52.21 | 825,522 |
| | 06/17/2019 | $52.19 | 827,540 | | 06/17/2019 | $62.94 | 827,540 |
| | 06/25/2019 | ($52.21) | 825,522 | | 06/25/2019 | ($62.93) | 825,522 |
| | 06/25/2019 | $52.21 | 828,617 | | 06/25/2019 | $62.93 | 828,617 |
| | 07/15/2019 | $53.14 | 829,391 | | 07/15/2019 | $64.06 | 829,391 |
| | 08/19/2019 | $64.08 | 831,364 | | 08/19/2019 | $53.14 | 831,364 |
| | 09/16/2019 | $53.14 | 833,380 | | 09/16/2019 | $64.07 | 833,380 |
| | 10/21/2019 | $64.07 | 835,407 | | 10/21/2019 | $53.14 | 835,407 |
| | 11/18/2019 | $65.73 | 837,479 | | 11/18/2019 | $54.54 | 837,479 |
| | 12/16/2019 | $63.27 | 839,411 | | 12/16/2019 | $52.48 | 839,411 |
| | 01/13/2020 | $52.47 | 841,274 | | 01/13/2020 | $63.27 | 841,274 |
| FIRST NATIONAL BANK OF OMAHA | | | | | | | |
| | 11/19/2018 | $9.93 | 813,897 | | 12/17/2018 | $32.03 | 815,785 |
| | 01/14/2019 | $32.04 | 817,713 | | 02/11/2019 | $32.03 | 819,597 |
| | 03/18/2019 | $36.05 | 821,575 | | 04/15/2019 | $36.02 | 823,608 |
| | 05/20/2019 | $36.04 | 825,588 | | 06/17/2019 | $36.04 | 827,591 |
| | 07/15/2019 | $36.69 | 829,454 | | 08/19/2019 | $36.68 | 831,427 |
| | 09/16/2019 | $36.69 | 833,436 | | 10/21/2019 | $36.69 | 835,467 |
| | 11/18/2019 | $37.63 | 837,541 | | 12/16/2019 | $36.23 | 839,463 |
| | 01/13/2020 | $36.23 | 841,331 | | | | |
| LAW OFFICES OF DAVID WOLFF LLC | | | | | | | |
| | 08/20/2018 | $2,301.78 | 808,208 | | 09/17/2018 | $946.00 | 810,164 |
| | 10/22/2018 | $44.74 | 812,097 | | | | |
| M&T BANK | | | | | | | |
| | 04/16/2018 | $130.61 | 799,943 | | 05/14/2018 | $525.04 | 801,829 |
| | 06/18/2018 | $527.83 | 803,729 | | 07/16/2018 | $527.82 | 805,718 |
| | 10/22/2018 | $79.58 | 811,456 | | 11/19/2018 | $58.28 | 813,410 |
| MERRICK BANK | | | | | | | |
| | 11/19/2018 | $5.34 | 814,081 | | 12/17/2018 | $17.22 | 815,967 |
| | 01/14/2019 | $17.22 | 817,899 | | 02/11/2019 | $17.20 | 819,787 |
| | 03/18/2019 | $19.38 | 821,770 | | 04/15/2019 | $19.37 | 823,794 |
| | 05/20/2019 | $19.37 | 825,780 | | 06/17/2019 | $19.37 | 827,768 |
| | 07/15/2019 | $19.71 | 829,626 | | 08/19/2019 | $19.72 | 831,624 |
| | 09/16/2019 | $19.72 | 833,623 | | 10/21/2019 | $19.72 | 835,656 |
| | 11/18/2019 | $20.23 | 837,725 | | 12/16/2019 | $19.47 | 839,634 |
| | 01/13/2020 | $19.47 | 841,519 | | | | |
| MIDLAND FUNDING LLC | | | | | | | |
| | 10/22/2018 | $845.68 | 811,151 | | 11/19/2018 | $619.32 | 813,119 |
| | 12/17/2018 | $9.21 | 815,000 | | 12/17/2018 | $15.03 | 815,000 |
| | 01/14/2019 | $11.47 | 816,928 | | 01/14/2019 | $7.02 | 816,928 |
| | 02/11/2019 | $11.47 | 818,830 | | 02/11/2019 | $7.03 | 818,830 |
| | 03/18/2019 | $7.90 | 820,752 | | 03/18/2019 | $12.91 | 820,752 |
| | 04/15/2019 | $12.92 | 822,800 | | 04/15/2019 | $7.91 | 822,800 |
| | 05/20/2019 | $12.90 | 824,771 | | 05/20/2019 | $7.90 | 824,771 |
| | 06/17/2019 | $7.91 | 826,837 | | 06/17/2019 | $12.92 | 826,837 |
| | 07/15/2019 | $13.13 | 828,704 | | 07/15/2019 | $8.05 | 828,704 |
| | 08/19/2019 | $13.14 | 830,572 | | 08/19/2019 | $8.05 | 830,572 |
| | 09/16/2019 | $13.14 | 832,660 | | 09/16/2019 | $8.05 | 832,660 |
| | 10/21/2019 | $13.14 | 834,616 | | 10/21/2019 | $8.05 | 834,616 |
| | 11/18/2019 | $13.49 | 836,739 | | 11/18/2019 | $8.25 | 836,739 |
| | 12/16/2019 | $12.98 | 838,677 | | 12/16/2019 | $7.95 | 838,677 |
| | 01/13/2020 | $7.95 | 840,562 | | 01/13/2020 | $12.96 | 840,562 |

**Chapter 13 Case # 17-23000**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| NISSAN-INFINITI LT | | | | | | | |
| | 11/19/2018 | $15.80 | 814,154 | | 12/17/2018 | $50.95 | 816,046 |
| | 01/14/2019 | $50.95 | 817,983 | | 02/11/2019 | $50.95 | 819,879 |
| | 03/18/2019 | $57.30 | 821,859 | | 04/15/2019 | $57.33 | 823,885 |
| | 05/20/2019 | $57.31 | 825,882 | | 06/17/2019 | $57.32 | 827,859 |
| | 07/15/2019 | $58.36 | 829,718 | | 08/19/2019 | $58.35 | 831,727 |
| | 09/16/2019 | $58.35 | 833,724 | | 10/21/2019 | $58.35 | 835,762 |
| | 11/18/2019 | $59.86 | 837,827 | | 12/16/2019 | $57.62 | 839,743 |
| | 01/13/2020 | $57.63 | 841,623 | | | | |
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 11/19/2018 | $26.97 | 814,229 | | 12/17/2018 | $86.97 | 816,123 |
| | 01/14/2019 | $86.99 | 818,056 | | 02/11/2019 | $86.98 | 819,959 |
| | 03/18/2019 | $97.83 | 821,935 | | 04/15/2019 | $97.87 | 823,960 |
| | 05/20/2019 | $97.85 | 825,972 | | 06/17/2019 | $97.85 | 827,935 |
| | 07/15/2019 | $99.62 | 829,796 | | 08/19/2019 | $99.62 | 831,810 |
| | 09/16/2019 | $99.62 | 833,805 | | 10/21/2019 | $99.62 | 835,852 |
| | 11/18/2019 | $102.20 | 837,914 | | 12/16/2019 | $98.37 | 839,819 |
| | 01/13/2020 | $98.37 | 841,706 | | | | |

**Chapter 13 Case # 17-23000**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 11/19/2018 | $7.67 | 8,000,769 | 11/19/2018 | $28.23 | 8,000,769 |
| | 11/19/2018 | $13.22 | 8,000,769 | 11/19/2018 | $7.91 | 8,000,769 |
| | 12/17/2018 | $10.73 | 8,000,808 | 12/17/2018 | $24.73 | 8,000,808 |
| | 12/17/2018 | $42.63 | 8,000,808 | 12/17/2018 | $25.53 | 8,000,808 |
| | 12/17/2018 | $8.91 | 8,000,808 | 12/17/2018 | $91.03 | 8,000,808 |
| | 01/14/2019 | $8.20 | 8,000,845 | 01/14/2019 | $24.73 | 8,000,845 |
| | 01/14/2019 | $42.63 | 8,000,845 | 01/14/2019 | $25.52 | 8,000,845 |
| | 01/14/2019 | $6.80 | 8,000,845 | 01/14/2019 | $91.03 | 8,000,845 |
| | 02/11/2019 | $42.62 | 8,000,887 | 02/11/2019 | $25.52 | 8,000,887 |
| | 02/11/2019 | $6.81 | 8,000,887 | 02/11/2019 | $8.20 | 8,000,887 |
| | 02/11/2019 | $24.73 | 8,000,887 | 02/11/2019 | $91.04 | 8,000,887 |
| | 03/18/2019 | $9.22 | 8,000,934 | 03/18/2019 | $27.81 | 8,000,934 |
| | 03/18/2019 | $47.98 | 8,000,934 | 03/18/2019 | $28.72 | 8,000,934 |
| | 03/18/2019 | $7.65 | 8,000,934 | 03/18/2019 | $102.39 | 8,000,934 |
| | 04/15/2019 | $9.21 | 8,000,980 | 04/15/2019 | $27.82 | 8,000,980 |
| | 04/15/2019 | $47.94 | 8,000,980 | 04/15/2019 | $28.71 | 8,000,980 |
| | 04/15/2019 | $7.66 | 8,000,980 | 04/15/2019 | $102.43 | 8,000,980 |
| | 05/20/2019 | $9.23 | 8,001,023 | 05/20/2019 | $27.83 | 8,001,023 |
| | 05/20/2019 | $47.96 | 8,001,023 | 05/20/2019 | $28.71 | 8,001,023 |
| | 05/20/2019 | $7.64 | 8,001,023 | 05/20/2019 | $102.41 | 8,001,023 |
| | 06/17/2019 | $9.21 | 8,001,069 | 06/17/2019 | $27.82 | 8,001,069 |
| | 06/17/2019 | $47.96 | 8,001,069 | 06/17/2019 | $28.71 | 8,001,069 |
| | 06/17/2019 | $7.65 | 8,001,069 | 06/17/2019 | $102.41 | 8,001,069 |
| | 07/15/2019 | $48.82 | 8,001,114 | 07/15/2019 | $29.23 | 8,001,114 |
| | 07/15/2019 | $7.80 | 8,001,114 | 07/15/2019 | $9.39 | 8,001,114 |
| | 07/15/2019 | $28.33 | 8,001,114 | 07/15/2019 | $104.26 | 8,001,114 |
| | 08/19/2019 | $9.38 | 8,001,156 | 08/19/2019 | $28.31 | 8,001,156 |
| | 08/19/2019 | $48.82 | 8,001,156 | 08/19/2019 | $29.23 | 8,001,156 |
| | 08/19/2019 | $7.78 | 8,001,156 | 08/19/2019 | $104.26 | 8,001,156 |
| | 09/16/2019 | $104.26 | 8,001,195 | 09/16/2019 | $9.39 | 8,001,195 |
| | 09/16/2019 | $28.32 | 8,001,195 | 09/16/2019 | $48.82 | 8,001,195 |
| | 09/16/2019 | $29.23 | 8,001,195 | 09/16/2019 | $7.80 | 8,001,195 |
| | 10/21/2019 | $9.39 | 8,001,239 | 10/21/2019 | $28.32 | 8,001,239 |
| | 10/21/2019 | $48.82 | 8,001,239 | 10/21/2019 | $29.23 | 8,001,239 |
| | 10/21/2019 | $7.79 | 8,001,239 | 10/21/2019 | $104.26 | 8,001,239 |
| | 11/18/2019 | $9.62 | 8,001,282 | 11/18/2019 | $29.07 | 8,001,282 |
| | 11/18/2019 | $50.10 | 8,001,282 | 11/18/2019 | $29.99 | 8,001,282 |
| | 11/18/2019 | $7.99 | 8,001,282 | 11/18/2019 | $106.97 | 8,001,282 |
| | 12/16/2019 | $102.95 | 8,001,325 | 12/16/2019 | $48.21 | 8,001,325 |
| | 12/16/2019 | $28.86 | 8,001,325 | 12/16/2019 | $7.69 | 8,001,325 |
| | 12/16/2019 | $9.27 | 8,001,325 | 12/16/2019 | $27.97 | 8,001,325 |
| | 01/13/2020 | $9.27 | 8,001,363 | 01/13/2020 | $27.96 | 8,001,363 |
| | 01/13/2020 | $48.22 | 8,001,363 | 01/13/2020 | $28.88 | 8,001,363 |
| | 01/13/2020 | $7.70 | 8,001,363 | 01/13/2020 | $102.96 | 8,001,363 |
| PYOD LLC | | | | | | |
| | 11/19/2018 | $16.68 | 814,251 | 12/17/2018 | $53.77 | 816,146 |
| | 01/14/2019 | $53.78 | 818,076 | 02/11/2019 | $53.78 | 819,979 |
| | 03/18/2019 | $60.49 | 821,953 | 04/15/2019 | $60.51 | 823,981 |
| | 05/20/2019 | $60.50 | 825,994 | 06/17/2019 | $60.50 | 827,957 |
| | 07/15/2019 | $61.60 | 829,818 | 08/19/2019 | $61.59 | 831,833 |
| | 09/16/2019 | $61.59 | 833,830 | 10/21/2019 | $61.59 | 835,876 |
| | 11/18/2019 | $63.18 | 837,935 | 12/16/2019 | $60.82 | 839,842 |
| | 01/13/2020 | $60.83 | 841,730 | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | | |
| | 12/17/2018 | $10.99 | 816,153 | | 01/14/2019 | $8.39 | 818,081 |
| | 02/11/2019 | $8.39 | 819,985 | | 03/18/2019 | $9.44 | 821,960 |
| | 04/15/2019 | $9.43 | 823,987 | | 05/20/2019 | $9.44 | 826,001 |
| | 06/17/2019 | $9.44 | 827,961 | | 07/15/2019 | $9.60 | 829,825 |
| | 08/19/2019 | $9.61 | 831,837 | | 09/16/2019 | $9.61 | 833,836 |
| | 10/21/2019 | $9.61 | 835,883 | | 11/18/2019 | $9.86 | 837,940 |
| | 12/16/2019 | $9.49 | 839,843 | | 01/13/2020 | $9.48 | 8,001,365 |
| TD BANK NA | | | | | | | |
| | 11/19/2018 | $13.98 | 813,348 | | 11/19/2018 | $9.69 | 813,348 |
| | 12/17/2018 | $31.24 | 815,222 | | 12/17/2018 | $45.09 | 815,222 |
| | 01/14/2019 | $45.10 | 817,150 | | 01/14/2019 | $31.23 | 817,150 |
| | 02/11/2019 | $31.24 | 819,039 | | 02/11/2019 | $45.08 | 819,039 |
| | 03/18/2019 | $35.16 | 820,977 | | 03/18/2019 | $50.75 | 820,977 |
| | 04/15/2019 | $35.14 | 823,012 | | 04/15/2019 | $50.71 | 823,012 |
| | 05/20/2019 | $50.74 | 824,970 | | 05/20/2019 | $35.14 | 824,970 |
| | 06/17/2019 | $35.15 | 827,029 | | 06/17/2019 | $50.72 | 827,029 |
| | 07/15/2019 | $35.78 | 828,888 | | 07/15/2019 | $51.64 | 828,888 |
| | 08/19/2019 | $35.77 | 830,779 | | 08/19/2019 | $51.64 | 830,779 |
| | 09/16/2019 | $51.64 | 832,849 | | 09/16/2019 | $35.78 | 832,849 |
| | 10/21/2019 | $51.64 | 834,810 | | 10/21/2019 | $35.78 | 834,810 |
| | 11/18/2019 | $36.71 | 836,913 | | 11/18/2019 | $53.00 | 836,913 |
| | 12/16/2019 | $51.00 | 838,850 | | 12/16/2019 | $35.33 | 838,850 |
| | 01/13/2020 | $35.34 | 840,730 | | 01/13/2020 | $51.00 | 840,730 |
| US BANK NATIONAL ASSOCIATION | | | | | | | |
| | 11/19/2018 | $16.01 | 813,454 | | 12/17/2018 | $51.61 | 815,324 |
| | 01/14/2019 | $51.62 | 817,244 | | 02/11/2019 | $51.62 | 819,132 |
| | 03/18/2019 | $58.06 | 821,081 | | 04/15/2019 | $58.09 | 823,119 |
| | 05/20/2019 | $58.06 | 825,078 | | 06/17/2019 | $58.07 | 827,126 |
| | 07/15/2019 | $59.12 | 828,983 | | 08/19/2019 | $59.11 | 830,882 |
| | 09/16/2019 | $59.12 | 832,946 | | 10/21/2019 | $59.12 | 834,912 |
| | 11/18/2019 | $60.66 | 837,017 | | 12/16/2019 | $58.38 | 838,947 |
| | 01/13/2020 | $58.37 | 840,819 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,397.56 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,957.14 | 100.00% | 3,957.14 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | BANK OF AMERICA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CAPITAL ONE RETAIL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CHASE BANK USA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | CITIBANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 859.60 | * | 129.71 | |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,594.09 | * | 391.42 | |
| 0025 | DISCOVER BANK | UNSECURED | 4,867.34 | * | 734.44 | |
| 0028 | FERRARO FOODS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | CACH LLC | UNSECURED | 12,240.59 | * | 1,847.00 | |
| 0033 | DISCOVER BANK | UNSECURED | 5,868.18 | * | 885.46 | |
| 0035 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0037 | M&T BANK | MORTGAGE ARRE | 1,849.16 | 100.00% | 1,849.16 | |
| 0038 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 712.82 | * | 107.56 | |
| 0039 | MERRICK BANK | UNSECURED | 1,806.03 | * | 272.51 | |
| 0041 | MIDLAND FUNDING LLC | SECURED | 1,465.00 | 100.00% | 1,465.00 | |
| 0042 | NJ DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0043 | NISSAN-INFINITI LT | UNSECURED | 5,344.44 | * | 806.43 | |

**Chapter 13 Case # 17-23000**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0045 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 9,123.99 | * | 1,376.73 | |
| 0048 | RETRO FITNESS ROCKAWAY | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | QUANTUM3 GROUP LLC | UNSECURED | 879.99 | * | 132.78 | |
| 0050 | MIDLAND FUNDING LLC | UNSECURED | 1,203.58 | * | 181.60 | |
| 0051 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,471.71 | * | 674.75 | |
| 0052 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,677.26 | * | 403.98 | |
| 0053 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 713.54 | * | 107.67 | |
| 0058 | TD BANK NA | UNSECURED | 3,277.04 | * | 494.48 | |
| 0068 | LAW OFFICES OF DAVID WOLFF LLC | ADMINISTRATIVE | 3,292.52 | 100.00% | 3,292.52 | |
| 0069 | SANTANDER CONSUMER USA INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 1,115.46 | * | 168.32 | |
| 0071 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | BANK OF AMERICA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | DAVID BURTON BRADY, ESQ. | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 4,786.83 | * | 722.29 | |
| 0077 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | CHASE BANK USA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | CHASE BANK USA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | PYOD LLC | UNSECURED | 5,641.22 | * | 851.21 | |
| 0082 | MIDLAND FUNDING LLC | UNSECURED | 737.12 | * | 111.23 | |
| 0083 | DISCOVER FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | CACH LLC | UNSECURED | 677.65 | * | 102.25 | |
| 0085 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 3,360.18 | * | 507.02 | |
| 0086 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 9,549.18 | * | 1,440.89 | |
| 0087 | TD BANK NA | UNSECURED | 4,730.06 | * | 713.73 | |
| 0088 | TD BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0089 | TD BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0090 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 3,905.78 | * | 589.35 | |
| 0091 | US BANK NATIONAL ASSOCIATION | UNSECURED | 5,414.64 | * | 817.02 | |
| 0092 | BRANDY AND CORREALE LLP | UNSECURED | 2,361.29 | * | 356.29 | |

**Total Paid: $26,887.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $27,954.00    -    Paid to Claims: $21,532.80    -    Admin Costs Paid: $5,354.70    =    Funds on Hand: $1,066.50

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.