SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

Re:  MEDHAT M. ABDELMAGUID
AMAL A. ABDELRAHMAN
2 THOMPSON RD
DENVILLE,  NJ  07834

Atty:  SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 17-23000

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $65,079.00**

## RECEIPTS AS OF 01/14/2022              (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/17/2017 | $818.00 | 24650676145 | 11/20/2017 | $818.00 | 4455626000   - |
| 12/14/2017 | $818.00 | 4516795000   - | 12/18/2017 | $818.00 | 4516795000   - |
| 01/02/2018 | ($818.00) | 4516795000 | 01/22/2018 | $1,000.00 | 4606369000   - |
| 02/20/2018 | $1,000.00 | 4682668000   - | 03/27/2018 | $1,000.00 | 4780613000 |
| 04/25/2018 | $1,000.00 | 4858415000 | 05/24/2018 | $1,000.00 | 4935809000 |
| 06/25/2018 | $1,000.00 | 5012094000 | 07/24/2018 | $1,000.00 | 5093846000 |
| 08/23/2018 | $1,000.00 | 5172577000 | 09/26/2018 | $1,000.00 | 5260059000 |
| 10/26/2018 | $1,000.00 | 5339268000 | 11/26/2018 | $1,000.00 | 5414026000 |
| 12/24/2018 | $1,000.00 | 5489844000 | 01/25/2019 | $1,125.00 | 5565666000 |
| 02/25/2019 | $1,125.00 | 5646126000 | 03/26/2019 | $1,125.00 | 5728260000 |
| 04/24/2019 | $1,125.00 | 5804386000 | 05/24/2019 | $1,125.00 | 5882203000 |
| 06/28/2019 | $1,125.00 | 5970206000 | 07/29/2019 | $1,125.00 | 6043005000 |
| 08/26/2019 | $1,125.00 | 6122322000 | 09/23/2019 | $1,125.00 | 6195169000 |
| 10/24/2019 | $1,125.00 | 6274721000 | 11/29/2019 | $1,125.00 | 6359285000 |
| 12/27/2019 | $1,125.00 | 6429244000 | 01/27/2020 | $1,125.00 | 6508979000 |
| 02/24/2020 | $1,125.00 | 6581903000 | 03/25/2020 | $1,125.00 | 6660841000 |
| 04/28/2020 | $1,125.00 | 6743598000 | 05/27/2020 | $1,125.00 | 6816206000 |
| 06/29/2020 | $1,125.00 | 6892814000 | 07/24/2020 | $1,125.00 | 6959900000 |
| 08/27/2020 | $1,125.00 | 7040405000 | 09/28/2020 | $1,125.00 | 7115160000 |
| 10/28/2020 | $1,125.00 | 7187378000 | 11/30/2020 | $1,125.00 | 7264033000 |
| 12/24/2020 | $1,125.00 | 7328570000 | 01/28/2021 | $1,125.00 | 7408296000 |
| 02/25/2021 | $1,125.00 | 7476702000 | 03/25/2021 | $1,125.00 | 7548809000 |
| 05/25/2021 | $1,125.00 | 7692079000 | 06/08/2021 | $1,125.00 | 545807902 |
| 06/22/2021 | $1,125.00 | 7757322000 | 07/30/2021 | $1,125.00 | 546640255 |
| 08/30/2021 | $1,125.00 | 7907848000 | 09/22/2021 | $1,125.00 | 7963399000 |
| 10/26/2021 | $1,125.00 | 8036720000 | 11/23/2021 | $1,125.00 | 8100066000 |
| 12/27/2021 | $1,125.00 | 8166775000 | | | |

**Chapter 13 Case # 17-23000**

| | | | |
|---|---|---|---|
| Total Receipts: $54,954.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $54,954.00 | | | |

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | | |
| | 12/17/2018 | $13.93 | 0 | 01/14/2019 | $10.63 | 0 |
| | 02/11/2019 | $10.64 | 8,000,886 | 03/18/2019 | $11.96 | 8,000,932 |
| | 04/15/2019 | $11.96 | 8,000,978 | 05/20/2019 | $11.97 | 8,001,025 |
| | 06/17/2019 | $11.96 | 8,001,067 | 07/15/2019 | $12.18 | 8,001,112 |
| | 08/19/2019 | $12.18 | 8,001,154 | 09/16/2019 | $12.18 | 8,001,197 |
| | 10/21/2019 | $12.18 | 8,001,249 | 11/18/2019 | $12.49 | 8,001,287 |
| | 12/16/2019 | $12.03 | 8,001,330 | 01/13/2020 | $12.03 | 8,001,366 |
| | 02/10/2020 | $12.02 | 8,001,407 | 03/16/2020 | $12.03 | 8,001,448 |
| | 04/20/2020 | $12.02 | 8,001,489 | 05/18/2020 | $12.03 | 8,001,537 |
| | 06/15/2020 | $11.41 | 8,001,599 | 07/20/2020 | $11.42 | 8,001,653 |
| | 08/17/2020 | $11.73 | 8,001,713 | 09/21/2020 | $11.74 | 8,001,774 |
| | 10/19/2020 | $11.74 | 8,001,835 | 11/16/2020 | $11.73 | 8,001,895 |
| | 12/21/2020 | $11.73 | 8,001,955 | 01/11/2021 | $11.74 | 8,002,012 |
| | 02/22/2021 | $11.73 | 8,002,072 | 03/15/2021 | $11.74 | 8,002,119 |
| | 04/19/2021 | $11.73 | 8,002,175 | 05/17/2021 | $11.74 | 8,002,227 |
| | 07/19/2021 | $23.85 | 8,002,328 | 08/16/2021 | $23.85 | 8,002,381 |
| | 10/18/2021 | $11.92 | 8,002,479 | 11/17/2021 | $11.92 | 8,002,526 |
| | 12/13/2021 | $12.06 | 8,002,579 | 01/10/2022 | $12.05 | 8,002,631 |
| BRANDY AND CORREALE LLP | | | | | | |
| | 11/19/2018 | $6.98 | 813,495 | 12/17/2018 | $22.51 | 815,367 |
| | 01/14/2019 | $22.51 | 817,284 | 02/11/2019 | $22.51 | 819,177 |
| | 03/18/2019 | $25.33 | 821,123 | 04/15/2019 | $25.32 | 823,162 |
| | 05/20/2019 | $25.33 | 825,123 | 06/17/2019 | $25.32 | 827,171 |
| | 07/15/2019 | $25.77 | 829,026 | 08/19/2019 | $25.79 | 830,930 |
| | 09/16/2019 | $25.78 | 832,984 | 10/21/2019 | $25.78 | 834,953 |
| | 11/18/2019 | $26.45 | 837,054 | 12/16/2019 | $25.46 | 838,979 |
| | 01/13/2020 | $25.45 | 840,855 | 02/10/2020 | $25.47 | 842,738 |
| | 03/16/2020 | $25.45 | 844,599 | 04/20/2020 | $25.47 | 846,551 |
| | 05/18/2020 | $25.45 | 848,497 | 06/15/2020 | $24.17 | 850,177 |
| | 07/20/2020 | $24.17 | 851,940 | 08/17/2020 | $24.84 | 853,823 |
| | 09/21/2020 | $24.84 | 855,592 | 10/19/2020 | $24.84 | 857,498 |
| | 11/16/2020 | $24.84 | 859,297 | 12/21/2020 | $24.84 | 861,076 |
| | 01/11/2021 | $24.84 | 862,942 | 02/22/2021 | $24.84 | 864,511 |
| | 03/15/2021 | $24.84 | 866,447 | 04/19/2021 | $24.84 | 868,038 |
| | 05/17/2021 | $24.84 | 869,977 | 07/19/2021 | $50.49 | 873,591 |
| | 08/16/2021 | $50.49 | 875,276 | 10/18/2021 | $25.24 | 878,783 |
| | 11/17/2021 | $25.24 | 880,494 | 12/13/2021 | $25.51 | 882,138 |
| | 01/10/2022 | $25.53 | 883,787 | | | |

**Chapter 13 Case # 17-23000**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | | | | | | |
| | 11/19/2018 | $14.15 | 813,318 | 12/17/2018 | $45.63 | 815,195 |
| | 01/14/2019 | $45.64 | 817,123 | 02/11/2019 | $45.63 | 819,009 |
| | 03/18/2019 | $51.33 | 820,946 | 04/15/2019 | $51.35 | 822,980 |
| | 05/20/2019 | $51.33 | 824,939 | 06/17/2019 | $51.34 | 827,000 |
| | 07/15/2019 | $52.26 | 828,864 | 08/19/2019 | $52.26 | 830,750 |
| | 09/16/2019 | $52.26 | 832,824 | 10/21/2019 | $52.26 | 834,784 |
| | 11/18/2019 | $53.64 | 836,890 | 12/16/2019 | $51.61 | 838,821 |
| | 01/13/2020 | $51.60 | 840,705 | 02/10/2020 | $51.61 | 842,581 |
| | 03/16/2020 | $51.61 | 844,460 | 04/20/2020 | $51.62 | 846,405 |
| | 05/18/2020 | $51.60 | 848,370 | 06/15/2020 | $49.00 | 850,051 |
| | 07/20/2020 | $48.99 | 851,806 | 08/17/2020 | $50.36 | 853,690 |
| | 09/21/2020 | $50.35 | 855,462 | 10/19/2020 | $50.36 | 857,376 |
| | 11/16/2020 | $50.36 | 859,171 | 12/21/2020 | $50.35 | 860,941 |
| | 01/11/2021 | $50.36 | 862,832 | 02/22/2021 | $50.36 | 864,369 |
| | 03/15/2021 | $50.36 | 866,335 | 04/19/2021 | $50.36 | 867,900 |
| | 05/12/2021 | ($50.36) | 867,900 | 05/17/2021 | $100.71 | 869,853 |
| | 07/19/2021 | $102.35 | 873,470 | 08/16/2021 | $102.35 | 875,154 |
| | 10/18/2021 | $51.16 | 878,667 | 11/17/2021 | $51.17 | 880,375 |
| | 12/13/2021 | $51.72 | 882,028 | 01/10/2022 | $51.73 | 883,669 |
| CACH LLC | | | | | | |
| | 11/19/2018 | $36.18 | 813,405 | 12/17/2018 | $116.68 | 815,280 |
| | 12/17/2018 | $8.47 | 815,280 | 01/14/2019 | $116.70 | 817,198 |
| | 01/14/2019 | $6.45 | 817,198 | 02/11/2019 | $6.46 | 819,085 |
| | 02/11/2019 | $116.69 | 819,085 | 03/18/2019 | $131.31 | 821,032 |
| | 03/18/2019 | $7.28 | 821,032 | 04/15/2019 | $131.24 | 823,066 |
| | 04/15/2019 | $7.26 | 823,066 | 05/20/2019 | $131.29 | 825,028 |
| | 05/20/2019 | $7.27 | 825,028 | 06/17/2019 | $131.28 | 827,082 |
| | 06/17/2019 | $7.26 | 827,082 | 07/15/2019 | $133.63 | 828,939 |
| | 07/15/2019 | $7.40 | 828,939 | 08/19/2019 | $133.64 | 830,836 |
| | 08/19/2019 | $7.40 | 830,836 | 09/16/2019 | $7.40 | 832,904 |
| | 09/16/2019 | $133.64 | 832,904 | 10/21/2019 | $133.64 | 834,867 |
| | 10/21/2019 | $7.40 | 834,867 | 11/18/2019 | $137.13 | 836,973 |
| | 11/18/2019 | $7.59 | 836,973 | 12/16/2019 | $131.97 | 838,904 |
| | 12/16/2019 | $7.31 | 838,904 | 01/13/2020 | $131.98 | 840,780 |
| | 01/13/2020 | $7.30 | 840,780 | 02/10/2020 | $131.98 | 842,658 |
| | 02/10/2020 | $7.31 | 842,658 | 03/16/2020 | $131.97 | 844,524 |
| | 03/16/2020 | $7.30 | 844,524 | 04/20/2020 | $131.99 | 846,470 |
| | 04/20/2020 | $7.31 | 846,470 | 05/18/2020 | $131.94 | 848,427 |
| | 05/18/2020 | $7.30 | 848,427 | 06/15/2020 | $125.30 | 850,107 |
| | 06/15/2020 | $6.94 | 850,107 | 07/20/2020 | $125.29 | 851,864 |
| | 07/20/2020 | $6.94 | 851,864 | 08/17/2020 | $128.77 | 853,752 |
| | 08/17/2020 | $7.13 | 853,752 | 09/21/2020 | $128.77 | 855,522 |
| | 09/21/2020 | $7.12 | 855,522 | 10/19/2020 | $7.13 | 857,435 |
| | 10/19/2020 | $128.77 | 857,435 | 11/16/2020 | $128.77 | 859,230 |
| | 11/16/2020 | $7.14 | 859,230 | 12/21/2020 | $128.77 | 861,003 |
| | 12/21/2020 | $7.12 | 861,003 | 01/11/2021 | $128.77 | 862,884 |
| | 01/11/2021 | $7.13 | 862,884 | 02/22/2021 | $128.77 | 864,430 |
| | 02/22/2021 | $7.13 | 864,430 | 03/15/2021 | $128.77 | 866,384 |
| | 03/15/2021 | $7.13 | 866,384 | 04/19/2021 | $128.77 | 867,955 |
| | 04/19/2021 | $7.13 | 867,955 | 05/17/2021 | $128.77 | 869,908 |
| | 05/17/2021 | $7.13 | 869,908 | 07/19/2021 | $261.72 | 873,523 |
| | 07/19/2021 | $14.48 | 873,523 | 08/16/2021 | $261.71 | 875,211 |
| | 08/16/2021 | $14.50 | 875,211 | 10/18/2021 | $7.24 | 878,723 |
| | 10/18/2021 | $130.85 | 878,723 | 11/17/2021 | $130.86 | 880,431 |
| | 11/17/2021 | $7.24 | 880,431 | 12/13/2021 | $132.25 | 882,076 |
| | 12/13/2021 | $7.32 | 882,076 | 01/10/2022 | $132.29 | 883,721 |
| | 01/10/2022 | $7.33 | 883,721 | | | |

**Chapter 13 Case # 17-23000**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DEPARTMENT STORE NATIONAL BANK | | | | | | |
| | 12/17/2018 | $8.90 | 815,045 | 01/14/2019 | $6.80 | 816,974 |
| | 02/11/2019 | $6.79 | 818,871 | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | |
| | 11/19/2018 | $11.55 | 813,828 | 12/17/2018 | $37.23 | 815,712 |
| | 01/14/2019 | $37.23 | 817,637 | 02/11/2019 | $37.23 | 819,526 |
| | 03/18/2019 | $7.65 | 821,501 | 03/18/2019 | $41.91 | 821,501 |
| | 04/15/2019 | $41.88 | 823,531 | 04/15/2019 | $7.65 | 823,531 |
| | 05/20/2019 | $7.63 | 825,510 | 05/20/2019 | $41.88 | 825,510 |
| | 06/17/2019 | $41.89 | 827,529 | 06/17/2019 | $7.66 | 827,529 |
| | 07/15/2019 | $7.78 | 829,379 | 07/15/2019 | $42.64 | 829,379 |
| | 08/19/2019 | $7.78 | 831,351 | 08/19/2019 | $42.65 | 831,351 |
| | 09/16/2019 | $7.78 | 833,369 | 09/16/2019 | $42.64 | 833,369 |
| | 10/21/2019 | $7.78 | 835,395 | 10/21/2019 | $42.64 | 835,395 |
| | 11/18/2019 | $7.99 | 837,467 | 11/18/2019 | $43.76 | 837,467 |
| | 12/16/2019 | $7.69 | 839,400 | 12/16/2019 | $42.11 | 839,400 |
| | 01/13/2020 | $42.11 | 841,266 | 01/13/2020 | $7.68 | 841,266 |
| | 02/10/2020 | $7.68 | 843,153 | 02/10/2020 | $42.11 | 843,153 |
| | 03/16/2020 | $7.69 | 845,063 | 03/16/2020 | $42.11 | 845,063 |
| | 04/20/2020 | $7.68 | 847,012 | 04/20/2020 | $42.12 | 847,012 |
| | 05/18/2020 | $7.69 | 848,901 | 05/18/2020 | $42.10 | 848,901 |
| | 06/15/2020 | $39.98 | 850,586 | 06/15/2020 | $7.30 | 850,586 |
| | 07/20/2020 | $39.97 | 852,389 | 07/20/2020 | $7.29 | 852,389 |
| | 08/17/2020 | $7.50 | 854,254 | 08/17/2020 | $41.09 | 854,254 |
| | 09/21/2020 | $7.50 | 856,072 | 09/21/2020 | $41.09 | 856,072 |
| | 10/19/2020 | $7.50 | 857,950 | 10/19/2020 | $41.09 | 857,950 |
| | 11/16/2020 | $7.50 | 859,744 | 11/16/2020 | $41.09 | 859,744 |
| | 12/21/2020 | $7.50 | 861,571 | 12/21/2020 | $41.09 | 861,571 |
| | 01/11/2021 | $7.50 | 863,345 | 01/11/2021 | $41.09 | 863,345 |
| | 02/22/2021 | $41.08 | 865,043 | 02/22/2021 | $7.49 | 865,043 |
| | 03/15/2021 | $7.50 | 866,879 | 03/15/2021 | $41.09 | 866,879 |
| | 04/19/2021 | $41.09 | 868,575 | 04/19/2021 | ($7.50) | 868,575 |
| | 04/19/2021 | ($41.09) | 868,575 | 04/19/2021 | $7.50 | 869,689 |
| | 04/19/2021 | $41.09 | 869,689 | 04/19/2021 | $7.50 | 868,575 |
| | 05/17/2021 | $41.09 | 870,472 | 05/17/2021 | $7.50 | 870,472 |
| | 07/19/2021 | $15.24 | 874,075 | 07/19/2021 | $83.51 | 874,075 |
| | 08/16/2021 | $15.24 | 875,757 | 08/16/2021 | $83.51 | 875,757 |
| | 10/18/2021 | $7.62 | 879,271 | 10/18/2021 | $41.75 | 879,271 |
| | 11/17/2021 | $7.62 | 880,981 | 11/17/2021 | $41.76 | 880,981 |
| | 12/13/2021 | $7.70 | 882,612 | 12/13/2021 | $42.20 | 882,612 |
| | 01/10/2022 | $7.71 | 884,266 | 01/10/2022 | $42.19 | 884,266 |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | |
| | 11/19/2018 | $14.39 | 813,840 | 11/19/2018 | $17.35 | 813,840 |
| | 12/17/2018 | $46.40 | 815,724 | 12/17/2018 | $55.94 | 815,724 |
| | 01/14/2019 | $55.94 | 817,650 | 01/14/2019 | $46.40 | 817,650 |
| | 02/11/2019 | $46.40 | 819,537 | 02/11/2019 | $55.95 | 819,537 |
| | 03/18/2019 | $62.92 | 821,513 | 03/18/2019 | $52.19 | 821,513 |
| | 04/15/2019 | $52.21 | 823,543 | 04/15/2019 | $62.94 | 823,543 |
| | 05/20/2019 | $62.93 | 825,522 | 05/20/2019 | $52.21 | 825,522 |
| | 06/17/2019 | $62.94 | 827,540 | 06/17/2019 | $52.19 | 827,540 |
| | 06/25/2019 | ($52.21) | 825,522 | 06/25/2019 | ($62.93) | 825,522 |
| | 06/25/2019 | $52.21 | 828,617 | 06/25/2019 | $62.93 | 828,617 |
| | 07/15/2019 | $64.06 | 829,391 | 07/15/2019 | $53.14 | 829,391 |
| | 08/19/2019 | $64.08 | 831,364 | 08/19/2019 | $53.14 | 831,364 |
| | 09/16/2019 | $64.07 | 833,380 | 09/16/2019 | $53.14 | 833,380 |
| | 10/21/2019 | $53.14 | 835,407 | 10/21/2019 | $64.07 | 835,407 |
| | 11/18/2019 | $65.73 | 837,479 | 11/18/2019 | $54.54 | 837,479 |
| | 12/16/2019 | $63.27 | 839,411 | 12/16/2019 | $52.48 | 839,411 |
| | 01/13/2020 | $63.27 | 841,274 | 01/13/2020 | $52.47 | 841,274 |
| | 02/10/2020 | $52.48 | 843,163 | 02/10/2020 | $63.27 | 843,163 |
| | 03/16/2020 | $63.27 | 845,075 | 03/16/2020 | $52.47 | 845,075 |
| | 04/20/2020 | $63.25 | 847,018 | 04/20/2020 | $52.49 | 847,018 |
| | 05/18/2020 | $52.46 | 848,908 | 05/18/2020 | $63.29 | 848,908 |
| | 06/15/2020 | $60.05 | 850,594 | 06/15/2020 | $49.83 | 850,594 |
| | 07/20/2020 | $49.82 | 852,397 | 07/20/2020 | $60.07 | 852,397 |
| | 08/17/2020 | $61.73 | 854,261 | 08/17/2020 | $51.20 | 854,261 |
| | 09/21/2020 | $61.73 | 856,078 | 09/21/2020 | $51.21 | 856,078 |
| | 10/19/2020 | $61.74 | 857,956 | 10/19/2020 | $51.20 | 857,956 |
| | 11/16/2020 | $51.20 | 859,752 | 11/16/2020 | $61.73 | 859,752 |
| | 12/21/2020 | $61.73 | 861,576 | 12/21/2020 | $51.21 | 861,576 |
| | 01/11/2021 | $61.73 | 863,353 | 01/11/2021 | $51.20 | 863,353 |
| | 02/22/2021 | $61.73 | 865,048 | 02/22/2021 | $51.21 | 865,048 |
| | 03/15/2021 | $51.20 | 866,886 | 03/15/2021 | $61.73 | 866,886 |
| | 04/19/2021 | $61.73 | 868,582 | 04/19/2021 | $51.20 | 868,582 |
| | 05/17/2021 | $51.20 | 870,479 | 05/17/2021 | $61.74 | 870,479 |
| | 07/19/2021 | $125.48 | 874,082 | 07/19/2021 | $104.08 | 874,082 |
| | 08/16/2021 | $125.47 | 875,765 | 08/16/2021 | $104.07 | 875,765 |
| | 10/18/2021 | $62.72 | 879,277 | 10/18/2021 | $52.03 | 879,277 |
| | 11/17/2021 | $52.03 | 880,988 | 11/17/2021 | $62.73 | 880,988 |
| | 12/13/2021 | $63.40 | 882,619 | 12/13/2021 | $52.59 | 882,619 |
| | 01/10/2022 | $63.42 | 884,271 | 01/10/2022 | $52.60 | 884,271 |
| FIRST NATIONAL BANK OF OMAHA | | | | | | |
| | 11/19/2018 | $9.93 | 813,897 | 12/17/2018 | $32.03 | 815,785 |
| | 01/14/2019 | $32.04 | 817,713 | 02/11/2019 | $32.03 | 819,597 |
| | 03/18/2019 | $36.05 | 821,575 | 04/15/2019 | $36.02 | 823,608 |
| | 05/20/2019 | $36.04 | 825,588 | 06/17/2019 | $36.04 | 827,591 |
| | 07/15/2019 | $36.69 | 829,454 | 08/19/2019 | $36.68 | 831,427 |
| | 09/16/2019 | $36.69 | 833,436 | 10/21/2019 | $36.69 | 835,467 |
| | 11/18/2019 | $37.63 | 837,541 | 12/16/2019 | $36.23 | 839,463 |
| | 01/13/2020 | $36.23 | 841,331 | 02/10/2020 | $36.23 | 843,222 |
| | 03/16/2020 | $36.23 | 845,143 | 04/20/2020 | $36.22 | 847,083 |
| | 05/18/2020 | $36.24 | 848,964 | 06/15/2020 | $34.39 | 850,647 |
| | 07/20/2020 | $34.39 | 852,455 | 08/17/2020 | $35.35 | 854,316 |
| | 09/21/2020 | $35.35 | 856,137 | 10/19/2020 | $35.35 | 858,014 |
| | 11/16/2020 | $35.35 | 859,811 | 12/21/2020 | $35.34 | 861,633 |
| | 01/11/2021 | $35.35 | 863,409 | 02/22/2021 | $35.35 | 865,114 |
| | 03/15/2021 | $35.35 | 866,942 | 04/19/2021 | $35.35 | 868,652 |
| | 05/17/2021 | $35.35 | 870,541 | 07/19/2021 | $71.84 | 874,138 |
| | 08/16/2021 | $71.84 | 875,828 | 10/18/2021 | $35.93 | 879,336 |
| | 11/17/2021 | $35.92 | 881,051 | 12/13/2021 | $36.30 | 882,675 |
| | 01/10/2022 | $36.31 | 884,330 | | | |

**Chapter 13 Case # 17-23000**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LAW OFFICES OF DAVID WOLFF LLC | | | | | | | |
| | 08/20/2018 | $2,301.78 | 808,208 | | 09/17/2018 | $946.00 | 810,164 |
| | 10/22/2018 | $44.74 | 812,097 | | | | |
| M&T BANK | | | | | | | |
| | 04/16/2018 | $130.61 | 799,943 | | 05/14/2018 | $525.04 | 801,829 |
| | 06/18/2018 | $527.83 | 803,729 | | 07/16/2018 | $527.82 | 805,718 |
| | 10/22/2018 | $79.58 | 811,456 | | 11/19/2018 | $58.28 | 813,410 |
| MERRICK BANK | | | | | | | |
| | 11/19/2018 | $5.34 | 814,081 | | 12/17/2018 | $17.22 | 815,967 |
| | 01/14/2019 | $17.22 | 817,899 | | 02/11/2019 | $17.20 | 819,787 |
| | 03/18/2019 | $19.38 | 821,770 | | 04/15/2019 | $19.37 | 823,794 |
| | 05/20/2019 | $19.37 | 825,780 | | 06/17/2019 | $19.37 | 827,768 |
| | 07/15/2019 | $19.71 | 829,626 | | 08/19/2019 | $19.72 | 831,624 |
| | 09/16/2019 | $19.72 | 833,623 | | 10/21/2019 | $19.72 | 835,656 |
| | 11/18/2019 | $20.23 | 837,725 | | 12/16/2019 | $19.47 | 839,634 |
| | 01/13/2020 | $19.47 | 841,519 | | 02/10/2020 | $19.48 | 843,410 |
| | 03/16/2020 | $19.46 | 845,327 | | 04/20/2020 | $19.48 | 847,268 |
| | 05/18/2020 | $19.47 | 849,118 | | 06/15/2020 | $18.48 | 850,813 |
| | 07/20/2020 | $18.49 | 852,632 | | 08/17/2020 | $19.00 | 854,490 |
| | 09/21/2020 | $19.00 | 856,328 | | 10/19/2020 | $19.00 | 858,188 |
| | 11/16/2020 | $19.00 | 859,975 | | 12/21/2020 | $19.00 | 861,814 |
| | 01/11/2021 | $19.00 | 863,565 | | 02/22/2021 | $19.00 | 865,319 |
| | 03/15/2021 | $19.00 | 867,108 | | 04/19/2021 | $19.00 | 868,845 |
| | 05/17/2021 | $19.00 | 870,721 | | 07/19/2021 | $38.61 | 874,308 |
| | 08/16/2021 | $38.61 | 875,999 | | 10/18/2021 | $19.31 | 879,500 |
| | 11/17/2021 | $19.31 | 881,211 | | 12/13/2021 | $19.51 | 882,830 |
| | 01/10/2022 | $19.52 | 884,478 | | | | |

**Chapter 13 Case # 17-23000**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | | | | | | | |
| | 10/22/2018 | $845.68 | 811,151 | | 11/19/2018 | $619.32 | 813,119 |
| | 12/17/2018 | $15.03 | 815,000 | | 12/17/2018 | $9.21 | 815,000 |
| | 01/14/2019 | $11.47 | 816,928 | | 01/14/2019 | $7.02 | 816,928 |
| | 02/11/2019 | $7.03 | 818,830 | | 02/11/2019 | $11.47 | 818,830 |
| | 03/18/2019 | $12.91 | 820,752 | | 03/18/2019 | $7.90 | 820,752 |
| | 04/15/2019 | $12.92 | 822,800 | | 04/15/2019 | $7.91 | 822,800 |
| | 05/20/2019 | $12.90 | 824,771 | | 05/20/2019 | $7.90 | 824,771 |
| | 06/17/2019 | $12.92 | 826,837 | | 06/17/2019 | $7.91 | 826,837 |
| | 07/15/2019 | $13.13 | 828,704 | | 07/15/2019 | $8.05 | 828,704 |
| | 08/19/2019 | $13.14 | 830,572 | | 08/19/2019 | $8.05 | 830,572 |
| | 09/16/2019 | $13.14 | 832,660 | | 09/16/2019 | $8.05 | 832,660 |
| | 10/21/2019 | $8.05 | 834,616 | | 10/21/2019 | $13.14 | 834,616 |
| | 11/18/2019 | $13.49 | 836,739 | | 11/18/2019 | $8.25 | 836,739 |
| | 12/16/2019 | $12.98 | 838,677 | | 12/16/2019 | $7.95 | 838,677 |
| | 01/13/2020 | $7.95 | 840,562 | | 01/13/2020 | $12.96 | 840,562 |
| | 02/10/2020 | $12.99 | 842,441 | | 02/10/2020 | $7.94 | 842,441 |
| | 03/16/2020 | $12.97 | 844,311 | | 03/16/2020 | $7.95 | 844,311 |
| | 04/20/2020 | $12.98 | 846,258 | | 04/20/2020 | $7.94 | 846,258 |
| | 05/18/2020 | $12.97 | 848,232 | | 05/18/2020 | $7.96 | 848,232 |
| | 06/15/2020 | $12.32 | 849,921 | | 06/15/2020 | $7.54 | 849,921 |
| | 07/20/2020 | $12.32 | 851,666 | | 07/20/2020 | $7.54 | 851,666 |
| | 08/17/2020 | $12.66 | 853,557 | | 08/17/2020 | $7.75 | 853,557 |
| | 09/21/2020 | $12.67 | 855,326 | | 09/21/2020 | $7.77 | 855,326 |
| | 10/19/2020 | $12.66 | 857,243 | | 10/19/2020 | $7.75 | 857,243 |
| | 11/16/2020 | $7.75 | 859,053 | | 11/16/2020 | $12.66 | 859,053 |
| | 12/21/2020 | $12.66 | 860,810 | | 12/21/2020 | $7.76 | 860,810 |
| | 01/11/2021 | $12.66 | 862,722 | | 01/11/2021 | $7.75 | 862,722 |
| | 02/22/2021 | $7.76 | 864,238 | | 02/22/2021 | $12.67 | 864,238 |
| | 03/15/2021 | $12.66 | 866,230 | | 03/15/2021 | $7.75 | 866,230 |
| | 04/19/2021 | $7.75 | 867,782 | | 04/19/2021 | $12.66 | 867,782 |
| | 05/17/2021 | $7.76 | 869,746 | | 05/17/2021 | $12.66 | 869,746 |
| | 07/19/2021 | $25.73 | 873,369 | | 07/19/2021 | $15.76 | 873,369 |
| | 08/16/2021 | $25.73 | 875,058 | | 08/16/2021 | $15.76 | 875,058 |
| | 10/18/2021 | $12.87 | 878,578 | | 10/18/2021 | $7.88 | 878,578 |
| | 11/17/2021 | $7.88 | 880,287 | | 11/17/2021 | $12.87 | 880,287 |
| | 12/13/2021 | $13.00 | 881,947 | | 12/13/2021 | $7.96 | 881,947 |
| | 01/10/2022 | $13.01 | 883,590 | | 01/10/2022 | $7.97 | 883,590 |
| NISSAN MOTOR ACCEPTANCE CORP | | | | | | | |
| | 09/21/2020 | $56.22 | 8,001,795 | | 10/19/2020 | $56.22 | 8,001,851 |
| | 11/16/2020 | $56.22 | 8,001,911 | | 12/21/2020 | $56.23 | 8,001,967 |
| | 01/11/2021 | $56.22 | 8,002,023 | | 02/22/2021 | $56.22 | 8,002,081 |
| | 03/15/2021 | $56.22 | 8,002,136 | | 04/19/2021 | $56.22 | 8,002,187 |
| | 05/17/2021 | $56.23 | 8,002,238 | | 07/19/2021 | $114.27 | 8,002,338 |
| | 08/16/2021 | $114.27 | 8,002,389 | | 10/18/2021 | $57.14 | 8,002,487 |
| | 11/17/2021 | $57.14 | 8,002,534 | | 12/13/2021 | $57.74 | 8,002,592 |
| | 01/10/2022 | $57.73 | 8,002,641 | | | | |
| NISSAN-INFINITI LT | | | | | | | |
| | 11/19/2018 | $15.80 | 814,154 | | 12/17/2018 | $50.95 | 816,046 |
| | 01/14/2019 | $50.95 | 817,983 | | 02/11/2019 | $50.95 | 819,879 |
| | 03/18/2019 | $57.30 | 821,859 | | 04/15/2019 | $57.33 | 823,885 |
| | 05/20/2019 | $57.31 | 825,882 | | 06/17/2019 | $57.32 | 827,859 |
| | 07/15/2019 | $58.36 | 829,718 | | 08/19/2019 | $58.35 | 831,727 |
| | 09/16/2019 | $58.35 | 833,724 | | 10/21/2019 | $58.35 | 835,762 |
| | 11/18/2019 | $59.86 | 837,827 | | 12/16/2019 | $57.62 | 839,743 |
| | 01/13/2020 | $57.63 | 841,623 | | 02/10/2020 | $57.63 | 843,496 |
| | 03/16/2020 | $57.62 | 845,423 | | 04/20/2020 | $57.60 | 847,364 |
| | 05/18/2020 | $57.65 | 849,207 | | 06/15/2020 | $54.69 | 850,893 |
| | 07/20/2020 | $54.71 | 852,721 | | 08/17/2020 | $56.22 | 854,576 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 11/19/2018 | $26.97 | 814,229 | | 12/17/2018 | $86.97 | 816,123 |
| | 01/14/2019 | $86.99 | 818,056 | | 02/11/2019 | $86.98 | 819,959 |
| | 03/18/2019 | $97.83 | 821,935 | | 04/15/2019 | $97.87 | 823,960 |
| | 05/20/2019 | $97.85 | 825,972 | | 06/17/2019 | $97.85 | 827,935 |
| | 07/15/2019 | $99.62 | 829,796 | | 08/19/2019 | $99.62 | 831,810 |
| | 09/16/2019 | $99.62 | 833,805 | | 10/21/2019 | $99.62 | 835,852 |
| | 11/18/2019 | $102.20 | 837,914 | | 12/16/2019 | $98.37 | 839,819 |
| | 01/13/2020 | $98.37 | 841,706 | | 02/10/2020 | $98.37 | 843,577 |
| | 02/12/2020 | ($98.37) | 841,706 | | 02/12/2020 | $98.37 | 844,232 |
| | 03/16/2020 | $98.38 | 845,505 | | 04/20/2020 | $98.34 | 847,448 |
| | 05/18/2020 | $98.40 | 849,274 | | 06/15/2020 | $93.39 | 850,960 |
| | 07/20/2020 | $93.39 | 852,792 | | 08/17/2020 | $95.98 | 854,641 |
| | 09/21/2020 | $95.98 | 856,490 | | 10/19/2020 | $95.98 | 858,341 |
| | 11/16/2020 | $95.98 | 860,123 | | 12/21/2020 | $95.99 | 861,970 |
| | 01/11/2021 | $95.98 | 863,682 | | 02/22/2021 | $95.99 | 865,485 |
| | 03/15/2021 | $95.98 | 867,226 | | 04/19/2021 | $95.98 | 869,009 |
| | 04/19/2021 | ($95.98) | 869,009 | | 04/19/2021 | $95.98 | 869,691 |
| | 05/17/2021 | $95.99 | 870,872 | | 07/19/2021 | $195.08 | 874,443 |
| | 08/16/2021 | $195.08 | 876,151 | | 10/18/2021 | $97.54 | 879,652 |
| | 11/17/2021 | $97.54 | 881,354 | | 12/13/2021 | $98.58 | 882,984 |
| | 01/10/2022 | $98.55 | 884,637 | | | | |

**Chapter 13 Case # 17-23000**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 11/19/2018 | $7.67 | 0 | 11/19/2018 | $28.23 | 0 |
| | 11/19/2018 | $13.22 | 0 | 11/19/2018 | $7.91 | 0 |
| | 12/17/2018 | $10.73 | 0 | 12/17/2018 | $24.73 | 0 |
| | 12/17/2018 | $42.63 | 0 | 12/17/2018 | $25.53 | 0 |
| | 12/17/2018 | $8.91 | 0 | 12/17/2018 | $91.03 | 0 |
| | 01/14/2019 | $91.03 | 0 | 01/14/2019 | $8.20 | 0 |
| | 01/14/2019 | $24.73 | 0 | 01/14/2019 | $42.63 | 0 |
| | 01/14/2019 | $25.52 | 0 | 01/14/2019 | $6.80 | 0 |
| | 02/11/2019 | $8.20 | 8,000,887 | 02/11/2019 | $24.73 | 8,000,887 |
| | 02/11/2019 | $42.62 | 8,000,887 | 02/11/2019 | $25.52 | 8,000,887 |
| | 02/11/2019 | $6.81 | 8,000,887 | 02/11/2019 | $91.04 | 8,000,887 |
| | 03/18/2019 | $9.22 | 8,000,934 | 03/18/2019 | $27.81 | 8,000,934 |
| | 03/18/2019 | $47.98 | 8,000,934 | 03/18/2019 | $28.72 | 8,000,934 |
| | 03/18/2019 | $102.39 | 8,000,934 | 03/18/2019 | $7.65 | 8,000,934 |
| | 04/15/2019 | $9.21 | 8,000,980 | 04/15/2019 | $27.82 | 8,000,980 |
| | 04/15/2019 | $47.94 | 8,000,980 | 04/15/2019 | $28.71 | 8,000,980 |
| | 04/15/2019 | $7.66 | 8,000,980 | 04/15/2019 | $102.43 | 8,000,980 |
| | 05/20/2019 | $9.23 | 8,001,023 | 05/20/2019 | $27.83 | 8,001,023 |
| | 05/20/2019 | $47.96 | 8,001,023 | 05/20/2019 | $28.71 | 8,001,023 |
| | 05/20/2019 | $7.64 | 8,001,023 | 05/20/2019 | $102.41 | 8,001,023 |
| | 06/17/2019 | $9.21 | 8,001,069 | 06/17/2019 | $27.82 | 8,001,069 |
| | 06/17/2019 | $47.96 | 8,001,069 | 06/17/2019 | $28.71 | 8,001,069 |
| | 06/17/2019 | $7.65 | 8,001,069 | 06/17/2019 | $102.41 | 8,001,069 |
| | 07/15/2019 | $9.39 | 8,001,114 | 07/15/2019 | $28.33 | 8,001,114 |
| | 07/15/2019 | $48.82 | 8,001,114 | 07/15/2019 | $29.23 | 8,001,114 |
| | 07/15/2019 | $7.80 | 8,001,114 | 07/15/2019 | $104.26 | 8,001,114 |
| | 08/19/2019 | $9.38 | 8,001,156 | 08/19/2019 | $28.31 | 8,001,156 |
| | 08/19/2019 | $48.82 | 8,001,156 | 08/19/2019 | $29.23 | 8,001,156 |
| | 08/19/2019 | $7.78 | 8,001,156 | 08/19/2019 | $104.26 | 8,001,156 |
| | 09/16/2019 | $104.26 | 8,001,195 | 09/16/2019 | $48.82 | 8,001,195 |
| | 09/16/2019 | $29.23 | 8,001,195 | 09/16/2019 | $7.80 | 8,001,195 |
| | 09/16/2019 | $9.39 | 8,001,195 | 09/16/2019 | $28.32 | 8,001,195 |
| | 10/21/2019 | $9.39 | 8,001,239 | 10/21/2019 | $28.32 | 8,001,239 |
| | 10/21/2019 | $48.82 | 8,001,239 | 10/21/2019 | $29.23 | 8,001,239 |
| | 10/21/2019 | $7.79 | 8,001,239 | 10/21/2019 | $104.26 | 8,001,239 |
| | 11/18/2019 | $9.62 | 8,001,282 | 11/18/2019 | $29.07 | 8,001,282 |
| | 11/18/2019 | $50.10 | 8,001,282 | 11/18/2019 | $29.99 | 8,001,282 |
| | 11/18/2019 | $7.99 | 8,001,282 | 11/18/2019 | $106.97 | 8,001,282 |
| | 12/16/2019 | $48.21 | 8,001,325 | 12/16/2019 | $28.86 | 8,001,325 |
| | 12/16/2019 | $7.69 | 8,001,325 | 12/16/2019 | $9.27 | 8,001,325 |
| | 12/16/2019 | $27.97 | 8,001,325 | 12/16/2019 | $102.95 | 8,001,325 |
| | 01/13/2020 | $9.27 | 8,001,363 | 01/13/2020 | $27.96 | 8,001,363 |
| | 01/13/2020 | $48.22 | 8,001,363 | 01/13/2020 | $28.88 | 8,001,363 |
| | 01/13/2020 | $7.70 | 8,001,363 | 01/13/2020 | $102.96 | 8,001,363 |
| | 02/10/2020 | $9.26 | 8,001,405 | 02/10/2020 | $27.98 | 8,001,405 |
| | 02/10/2020 | $48.20 | 8,001,405 | 02/10/2020 | $28.86 | 8,001,405 |
| | 02/10/2020 | $7.69 | 8,001,405 | 02/10/2020 | $102.95 | 8,001,405 |
| | 03/16/2020 | $9.27 | 8,001,443 | 03/16/2020 | $27.95 | 8,001,443 |
| | 03/16/2020 | $48.22 | 8,001,443 | 03/16/2020 | $28.87 | 8,001,443 |
| | 03/16/2020 | $7.70 | 8,001,443 | 03/16/2020 | $102.96 | 8,001,443 |
| | 04/20/2020 | $9.27 | 8,001,482 | 04/20/2020 | $27.99 | 8,001,482 |
| | 04/20/2020 | $48.20 | 8,001,482 | 04/20/2020 | $28.85 | 8,001,482 |
| | 04/20/2020 | $7.69 | 8,001,482 | 04/20/2020 | $102.97 | 8,001,482 |
| | 05/18/2020 | $48.23 | 8,001,532 | 05/18/2020 | $28.88 | 8,001,532 |
| | 05/18/2020 | $7.69 | 8,001,532 | 05/18/2020 | $9.27 | 8,001,532 |
| | 05/18/2020 | $27.96 | 8,001,532 | 05/18/2020 | $102.93 | 8,001,532 |
| | 06/15/2020 | $8.80 | 8,001,591 | 06/15/2020 | $26.55 | 8,001,591 |
| | 06/15/2020 | $45.77 | 8,001,591 | 06/15/2020 | $27.40 | 8,001,591 |
| | 06/15/2020 | $7.30 | 8,001,591 | 06/15/2020 | $97.75 | 8,001,591 |
| | 07/20/2020 | $97.75 | 8,001,651 | 07/20/2020 | $8.79 | 8,001,651 |
| | 07/20/2020 | $26.55 | 8,001,651 | 07/20/2020 | $45.74 | 8,001,651 |

**Chapter 13 Case # 17-23000**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 07/20/2020 | $27.41 | 8,001,651 | 07/20/2020 | $7.31 | 8,001,651 |
| | 08/17/2020 | $9.05 | 8,001,715 | 08/17/2020 | $27.29 | 8,001,715 |
| | 08/17/2020 | $47.07 | 8,001,715 | 08/17/2020 | $28.16 | 8,001,715 |
| | 08/17/2020 | $7.51 | 8,001,715 | 08/17/2020 | $100.45 | 8,001,715 |
| | 09/21/2020 | $9.04 | 8,001,772 | 09/21/2020 | $27.29 | 8,001,772 |
| | 09/21/2020 | $47.03 | 8,001,772 | 09/21/2020 | $28.16 | 8,001,772 |
| | 09/21/2020 | $7.50 | 8,001,772 | 09/21/2020 | $100.46 | 8,001,772 |
| | 10/19/2020 | $100.45 | 8,001,836 | 10/19/2020 | $47.05 | 8,001,836 |
| | 10/19/2020 | $28.16 | 8,001,836 | 10/19/2020 | $7.51 | 8,001,836 |
| | 10/19/2020 | $9.04 | 8,001,836 | 10/19/2020 | $27.29 | 8,001,836 |
| | 11/16/2020 | $9.04 | 8,001,892 | 11/16/2020 | $27.29 | 8,001,892 |
| | 11/16/2020 | $47.04 | 8,001,892 | 11/16/2020 | $28.16 | 8,001,892 |
| | 11/16/2020 | $7.51 | 8,001,892 | 11/16/2020 | $100.46 | 8,001,892 |
| | 12/21/2020 | $9.05 | 8,001,947 | 12/21/2020 | $27.29 | 8,001,947 |
| | 12/21/2020 | $47.04 | 8,001,947 | 12/21/2020 | $28.17 | 8,001,947 |
| | 12/21/2020 | $7.50 | 8,001,947 | 12/21/2020 | $100.46 | 8,001,947 |
| | 01/11/2021 | $47.04 | 8,002,011 | 01/11/2021 | $28.16 | 8,002,011 |
| | 01/11/2021 | $7.51 | 8,002,011 | 01/11/2021 | $9.04 | 8,002,011 |
| | 01/11/2021 | $27.29 | 8,002,011 | 01/11/2021 | $100.45 | 8,002,011 |
| | 02/22/2021 | $9.04 | 8,002,065 | 02/22/2021 | $27.29 | 8,002,065 |
| | 02/22/2021 | $47.05 | 8,002,065 | 02/22/2021 | $28.17 | 8,002,065 |
| | 02/22/2021 | $7.50 | 8,002,065 | 02/22/2021 | $100.46 | 8,002,065 |
| | 03/15/2021 | $9.05 | 8,002,123 | 03/15/2021 | $27.29 | 8,002,123 |
| | 03/15/2021 | $47.04 | 8,002,123 | 03/15/2021 | $28.16 | 8,002,123 |
| | 03/15/2021 | $7.51 | 8,002,123 | 03/15/2021 | $100.45 | 8,002,123 |
| | 04/19/2021 | $100.46 | 8,002,171 | 04/19/2021 | $9.04 | 8,002,171 |
| | 04/19/2021 | $27.29 | 8,002,171 | 04/19/2021 | $47.04 | 8,002,171 |
| | 04/19/2021 | $28.17 | 8,002,171 | 04/19/2021 | $7.51 | 8,002,171 |
| | 05/17/2021 | $100.46 | 8,002,234 | 05/17/2021 | $9.04 | 8,002,234 |
| | 05/17/2021 | $27.29 | 8,002,234 | 05/17/2021 | $47.04 | 8,002,234 |
| | 05/17/2021 | $28.17 | 8,002,234 | 05/17/2021 | $7.50 | 8,002,234 |
| | 07/19/2021 | $18.38 | 8,002,330 | 07/19/2021 | $55.46 | 8,002,330 |
| | 07/19/2021 | $95.61 | 8,002,330 | 07/19/2021 | $57.24 | 8,002,330 |
| | 07/19/2021 | $15.26 | 8,002,330 | 07/19/2021 | $204.16 | 8,002,330 |
| | 08/16/2021 | $18.38 | 8,002,383 | 08/16/2021 | $55.46 | 8,002,383 |
| | 08/16/2021 | $95.61 | 8,002,383 | 08/16/2021 | $57.24 | 8,002,383 |
| | 08/16/2021 | $15.26 | 8,002,383 | 08/16/2021 | $204.17 | 8,002,383 |
| | 10/18/2021 | $102.10 | 8,002,481 | 10/18/2021 | $47.81 | 8,002,481 |
| | 10/18/2021 | $28.62 | 8,002,481 | 10/18/2021 | $7.62 | 8,002,481 |
| | 10/18/2021 | $9.19 | 8,002,481 | 10/18/2021 | $27.74 | 8,002,481 |
| | 11/17/2021 | $9.19 | 8,002,529 | 11/17/2021 | $27.73 | 8,002,529 |
| | 11/17/2021 | $47.81 | 8,002,529 | 11/17/2021 | $28.62 | 8,002,529 |
| | 11/17/2021 | $7.63 | 8,002,529 | 11/17/2021 | $102.09 | 8,002,529 |
| | 12/13/2021 | $9.29 | 8,002,581 | 12/13/2021 | $28.03 | 8,002,581 |
| | 12/13/2021 | $48.31 | 8,002,581 | 12/13/2021 | $28.93 | 8,002,581 |
| | 12/13/2021 | $7.71 | 8,002,581 | 12/13/2021 | $103.17 | 8,002,581 |
| | 01/10/2022 | $48.30 | 8,002,633 | 01/10/2022 | $28.93 | 8,002,633 |
| | 01/10/2022 | $7.71 | 8,002,633 | 01/10/2022 | $9.28 | 8,002,633 |
| | 01/10/2022 | $28.02 | 8,002,633 | 01/10/2022 | $103.15 | 8,002,633 |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PYOD LLC | | | | | | |
| | 11/19/2018 | $16.68 | 814,251 | 12/17/2018 | $53.77 | 816,146 |
| | 01/14/2019 | $53.78 | 818,076 | 02/11/2019 | $53.78 | 819,979 |
| | 03/18/2019 | $60.49 | 821,953 | 04/15/2019 | $60.51 | 823,981 |
| | 05/20/2019 | $60.50 | 825,994 | 06/17/2019 | $60.50 | 827,957 |
| | 07/15/2019 | $61.60 | 829,818 | 08/19/2019 | $61.59 | 831,833 |
| | 09/16/2019 | $61.59 | 833,830 | 10/21/2019 | $61.59 | 835,876 |
| | 11/18/2019 | $63.18 | 837,935 | 12/16/2019 | $60.82 | 839,842 |
| | 01/13/2020 | $60.83 | 841,730 | 02/10/2020 | $60.82 | 843,603 |
| | 03/16/2020 | $60.82 | 845,530 | 04/20/2020 | $60.83 | 847,474 |
| | 05/18/2020 | $60.80 | 849,298 | 06/15/2020 | $57.76 | 850,985 |
| | 07/20/2020 | $57.74 | 852,823 | 08/17/2020 | $59.34 | 854,668 |
| | 09/21/2020 | $59.35 | 856,524 | 10/19/2020 | $59.34 | 858,370 |
| | 11/16/2020 | $59.34 | 860,153 | 12/21/2020 | $59.35 | 861,999 |
| | 01/11/2021 | $59.34 | 863,704 | 02/22/2021 | $59.36 | 865,515 |
| | 03/15/2021 | $59.34 | 867,251 | 04/19/2021 | $59.34 | 869,041 |
| | 05/17/2021 | $59.35 | 870,900 | 07/19/2021 | $120.62 | 874,472 |
| | 08/16/2021 | $120.61 | 876,178 | 10/18/2021 | $60.31 | 879,681 |
| | 11/17/2021 | $60.31 | 881,383 | 12/13/2021 | $60.95 | 883,014 |
| | 01/10/2022 | $60.93 | 884,661 | | | |
| QUANTUM3 GROUP LLC | | | | | | |
| | 12/17/2018 | $10.99 | 816,153 | 01/14/2019 | $8.39 | 818,081 |
| | 02/11/2019 | $8.39 | 819,985 | 03/18/2019 | $9.44 | 821,960 |
| | 04/15/2019 | $9.43 | 823,987 | 05/20/2019 | $9.44 | 826,001 |
| | 06/17/2019 | $9.44 | 827,961 | 07/15/2019 | $9.60 | 829,825 |
| | 08/19/2019 | $9.61 | 831,837 | 09/16/2019 | $9.61 | 833,836 |
| | 10/21/2019 | $9.61 | 835,883 | 11/18/2019 | $9.86 | 837,940 |
| | 12/16/2019 | $9.49 | 839,843 | 01/13/2020 | $9.48 | 8,001,365 |
| | 02/10/2020 | $9.49 | 8,001,409 | 03/16/2020 | $9.49 | 8,001,445 |
| | 04/20/2020 | $9.48 | 8,001,484 | 05/18/2020 | $9.50 | 8,001,535 |
| | 06/15/2020 | $9.00 | 8,001,596 | 07/20/2020 | $9.01 | 8,001,652 |
| | 08/17/2020 | $9.26 | 8,001,712 | 09/21/2020 | $9.26 | 8,001,771 |
| | 10/19/2020 | $9.25 | 8,001,838 | 11/16/2020 | $9.26 | 8,001,891 |
| | 12/21/2020 | $9.26 | 8,001,948 | 01/11/2021 | $9.26 | 8,002,006 |
| | 02/22/2021 | $9.25 | 8,002,066 | 03/15/2021 | $9.26 | 8,002,122 |
| | 04/19/2021 | $9.26 | 8,002,172 | 05/17/2021 | $9.26 | 8,002,226 |
| | 07/19/2021 | $18.80 | 8,002,327 | 08/16/2021 | $18.82 | 8,002,379 |
| | 10/18/2021 | $9.41 | 8,002,478 | 11/17/2021 | $9.41 | 8,002,525 |
| | 12/13/2021 | $9.51 | 8,002,578 | 01/10/2022 | $9.51 | 8,002,630 |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| TD BANK NA | | | | | | |
| | 11/19/2018 | $13.98 | 813,348 | 11/19/2018 | $9.69 | 813,348 |
| | 12/17/2018 | $31.24 | 815,222 | 12/17/2018 | $45.09 | 815,222 |
| | 01/14/2019 | $31.23 | 817,150 | 01/14/2019 | $45.10 | 817,150 |
| | 02/11/2019 | $45.08 | 819,039 | 02/11/2019 | $31.24 | 819,039 |
| | 03/18/2019 | $50.75 | 820,977 | 03/18/2019 | $35.16 | 820,977 |
| | 04/15/2019 | $35.14 | 823,012 | 04/15/2019 | $50.71 | 823,012 |
| | 05/20/2019 | $35.14 | 824,970 | 05/20/2019 | $50.74 | 824,970 |
| | 06/17/2019 | $50.72 | 827,029 | 06/17/2019 | $35.15 | 827,029 |
| | 07/15/2019 | $51.64 | 828,888 | 07/15/2019 | $35.78 | 828,888 |
| | 08/19/2019 | $35.77 | 830,779 | 08/19/2019 | $51.64 | 830,779 |
| | 09/16/2019 | $51.64 | 832,849 | 09/16/2019 | $35.78 | 832,849 |
| | 10/21/2019 | $35.78 | 834,810 | 10/21/2019 | $51.64 | 834,810 |
| | 11/18/2019 | $53.00 | 836,913 | 11/18/2019 | $36.71 | 836,913 |
| | 12/16/2019 | $35.33 | 838,850 | 12/16/2019 | $51.00 | 838,850 |
| | 01/13/2020 | $35.34 | 840,730 | 01/13/2020 | $51.00 | 840,730 |
| | 02/10/2020 | $35.33 | 842,606 | 02/10/2020 | $51.00 | 842,606 |
| | 03/16/2020 | $35.33 | 844,482 | 03/16/2020 | $51.00 | 844,482 |
| | 04/20/2020 | $50.98 | 846,427 | 04/20/2020 | $35.34 | 846,427 |
| | 05/18/2020 | $35.32 | 848,389 | 05/18/2020 | $51.01 | 848,389 |
| | 06/15/2020 | $33.54 | 850,069 | 06/15/2020 | $48.41 | 850,069 |
| | 07/20/2020 | $48.41 | 851,827 | 07/20/2020 | $33.55 | 851,827 |
| | 08/17/2020 | $49.76 | 853,713 | 08/17/2020 | $34.47 | 853,713 |
| | 09/21/2020 | $34.48 | 855,482 | 09/21/2020 | $49.77 | 855,482 |
| | 10/19/2020 | $49.76 | 857,396 | 10/19/2020 | $34.47 | 857,396 |
| | 11/16/2020 | $34.47 | 859,191 | 11/16/2020 | $49.76 | 859,191 |
| | 12/21/2020 | $49.76 | 860,966 | 12/21/2020 | $34.48 | 860,966 |
| | 01/11/2021 | $34.47 | 862,848 | 01/11/2021 | $49.76 | 862,848 |
| | 02/22/2021 | $34.48 | 864,390 | 02/22/2021 | $49.76 | 864,390 |
| | 03/15/2021 | $34.47 | 866,353 | 03/15/2021 | $49.76 | 866,353 |
| | 04/19/2021 | $49.76 | 867,917 | 04/19/2021 | $34.47 | 867,917 |
| | 05/17/2021 | $49.75 | 869,872 | 05/17/2021 | $34.48 | 869,872 |
| | 07/19/2021 | $101.14 | 873,488 | 07/19/2021 | $70.07 | 873,488 |
| | 08/16/2021 | $70.07 | 875,171 | 08/16/2021 | $101.13 | 875,171 |
| | 10/18/2021 | $50.57 | 878,684 | 10/18/2021 | $35.03 | 878,684 |
| | 11/17/2021 | $35.03 | 880,392 | 11/17/2021 | $50.57 | 880,392 |
| | 12/13/2021 | $51.10 | 882,044 | 12/13/2021 | $35.41 | 882,044 |
| | 01/10/2022 | $35.40 | 883,686 | 01/10/2022 | $51.09 | 883,686 |
| US BANK NATIONAL ASSOCIATION | | | | | | |
| | 11/19/2018 | $16.01 | 813,454 | 12/17/2018 | $51.61 | 815,324 |
| | 01/14/2019 | $51.62 | 817,244 | 02/11/2019 | $51.62 | 819,132 |
| | 03/18/2019 | $58.06 | 821,081 | 04/15/2019 | $58.09 | 823,119 |
| | 05/20/2019 | $58.06 | 825,078 | 06/17/2019 | $58.07 | 827,126 |
| | 07/15/2019 | $59.12 | 828,983 | 08/19/2019 | $59.11 | 830,882 |
| | 09/16/2019 | $59.12 | 832,946 | 10/21/2019 | $59.12 | 834,912 |
| | 11/18/2019 | $60.66 | 837,017 | 12/16/2019 | $58.38 | 838,947 |
| | 01/13/2020 | $58.37 | 840,819 | 02/10/2020 | $58.38 | 842,704 |
| | 03/16/2020 | $58.38 | 844,567 | 04/20/2020 | $58.39 | 846,514 |
| | 05/18/2020 | $58.36 | 848,469 | 06/15/2020 | $55.43 | 850,148 |
| | 07/20/2020 | $55.42 | 851,906 | 08/17/2020 | $56.96 | 853,792 |
| | 09/21/2020 | $56.96 | 855,564 | 10/19/2020 | $56.96 | 857,470 |
| | 11/16/2020 | $56.96 | 859,269 | 12/21/2020 | $56.97 | 861,046 |
| | 01/11/2021 | $113.93 | 862,917 | 02/22/2021 | $56.95 | 864,473 |
| | 03/15/2021 | $56.96 | 866,422 | 04/19/2021 | $56.96 | 867,999 |
| | 05/17/2021 | $56.96 | 869,942 | 07/19/2021 | $115.77 | 873,556 |
| | 08/16/2021 | $115.77 | 875,244 | 10/18/2021 | $57.89 | 878,757 |
| | 11/17/2021 | $57.89 | 880,462 | 12/13/2021 | $58.50 | 882,110 |
| | 01/10/2022 | $58.49 | 883,757 | | | |

**CLAIMS AND DISTRIBUTIONS**

**Chapter 13 Case # 17-23000**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,215.54 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,957.14 | 100.00% | 3,957.14 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | BANK OF AMERICA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CAPITAL ONE RETAIL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CHASE BANK USA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | CITIBANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 859.60 | * | 348.51 | |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,594.09 | * | 1,051.74 | |
| 0025 | DISCOVER BANK | UNSECURED | 4,867.34 | * | 1,973.42 | |
| 0028 | FERRARO FOODS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | CACH LLC | UNSECURED | 12,240.59 | * | 4,962.85 | |
| 0033 | DISCOVER BANK | UNSECURED | 5,868.18 | * | 2,379.20 | |
| 0035 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0037 | M&T BANK | MORTGAGE ARRE | 1,849.16 | 100.00% | 1,849.16 | |
| 0038 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 712.82 | * | 289.01 | |
| 0039 | MERRICK BANK | UNSECURED | 1,806.03 | * | 732.24 | |
| 0041 | MIDLAND FUNDING LLC | SECURED | 1,465.00 | 100.00% | 1,465.00 | |
| 0042 | NJ DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0043 | NISSAN MOTOR ACCEPTANCE CORP | UNSECURED | 5,344.44 | * | 2,166.84 | |
| 0045 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 9,123.99 | * | 3,699.20 | |
| 0048 | RETRO FITNESS ROCKAWAY | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | QUANTUM3 GROUP LLC | UNSECURED | 879.99 | * | 356.79 | |
| 0050 | MIDLAND FUNDING LLC | UNSECURED | 1,203.58 | * | 487.98 | |
| 0051 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,471.71 | * | 1,813.00 | |
| 0052 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,677.26 | * | 1,085.47 | |
| 0053 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 713.54 | * | 289.30 | |
| 0058 | TD BANK NA | UNSECURED | 3,277.04 | * | 1,328.64 | |
| 0068 | LAW OFFICES OF DAVID WOLFF LLC | ADMINISTRATIVE | 3,292.52 | 100.00% | 3,292.52 | |
| 0069 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0070 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 1,115.46 | * | 452.25 | |
| 0071 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | BANK OF AMERICA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | DAVID BURTON BRADY, ESQ. | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 4,786.83 | * | 1,940.77 | |
| 0077 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | CHASE BANK USA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | CHASE BANK USA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | PYOD LLC | UNSECURED | 5,641.22 | * | 2,287.16 | |
| 0082 | MIDLAND FUNDING LLC | UNSECURED | 737.12 | * | 298.86 | |
| 0083 | DISCOVER FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | CACH LLC | UNSECURED | 677.65 | * | 274.75 | |
| 0085 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 3,360.18 | * | 1,362.35 | |
| 0086 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 9,549.18 | * | 3,871.60 | |
| 0087 | TD BANK NA | UNSECURED | 4,730.06 | * | 1,917.74 | |
| 0088 | TD BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0089 | TD BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0090 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 3,905.78 | * | 1,583.55 | |
| 0091 | US BANK NATIONAL ASSOCIATION | UNSECURED | 5,414.64 | * | 2,195.30 | |
| 0092 | BRANDY AND CORREALE LLP | UNSECURED | 2,361.29 | * | 957.37 | |

**Total Paid: $53,885.25**
See Summary

**Chapter 13 Case # 17-23000**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $54,954.00   -   Paid to Claims: $46,712.57   -   Admin Costs Paid: $7,172.68   =   Funds on Hand: $1,068.75

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.