| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ 07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Case No.: 17-23000 |
| IN RE:<br><br>MEDHAT M. ABDELMAGUID<br>AMAL A. ABDELRAHMAN | Adv. No.:<br><br>Hearing Date: 07/14/2022<br><br>Judge: JKS |

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 06/07/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtors:
MEDHAT M. ABDELMAGUID
AMAL A. ABDELRAHMAN
2 THOMPSON RD
DENVILLE, NJ 07834
Mode of Service: Regular Mail

---

Attorney for Debtor(s):
SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ 07834
Mode of Service: ECF and/or Regular Mail

---

Dated: June 07, 2022

By: /S/ Keith Guarneri
      Keith Guarneri