UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN
LLC
280 West Main Street

Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com
Attorney for Medhat Abdelmaguid and Amal
Abdelrahman, Debtors

---

| In Re: | Case No.: | 17-23000 |
| | Chapter: | 13 |
| Medhat Abdelmaguid | Judge: | JKS |
| Amal Abdelrahman, | | |
| Debtors | | |

Order Filed on August 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING ADDITIONAL CHAPTER 13 FEE

The relief set forth on the following page is **ORDERED**

**DATED: August 18, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**ORDER GRANTING ADDITIONAL CHAPTER 13 FEE**
**Page 2**

The applicant having certified that legal work necessary and beneficial to the Debtor and the

Estate has been performed, and no objections having been raised it is:

ORDERED that _____ Scott J Goldstein _____ the applicant, is allowed

a fee of $ 735.00 _____ for services rendered and expenses in the amount of

$ 0.00 _____ for a total of $ 735.00 _____ The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

~~The debtor's monthly plan is modified to require a payment of $~~ 0 _____ ~~per month for~~

~~2~~ _____ ~~months to allow for payment of the above fee.~~

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-23000-JKS
Medhat M. Abdelmaguid                                                                     Chapter 13
Amal A. Abdelrahman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                              Page 1 of 2
Date Rcvd: Aug 18, 2022                           Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Medhat M. Abdelmaguid, Amal A. Abdelrahman, 2 Thompson Rd, Denville, NJ 07834-2521 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Wolff | on behalf of Attorney Law Offices of David Wolff LLC dwtrustee@verizon.net |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor M&T Bank mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T Bank phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | |

on behalf of Creditor M&T Bank rsolarz@kmllawgroup.com

Scott J. Goldstein

on behalf of Debtor Medhat M. Abdelmaguid sjg@sgoldsteinlaw.com
cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com

Scott J. Goldstein

on behalf of Joint Debtor Amal A. Abdelrahman sjg@sgoldsteinlaw.com
cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9