| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| SCOTT J GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br>Attorney for Medhat Abdelmaguid and Amal Abdelrahman,<br><br>Debtors | |
| In Re:<br><br>Medhat Abdelmaguid<br>Amal Abdelrahman,<br><br>Debtors. | Case No: 17-23000<br>Chapter: 13<br>Judge: JKS |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Amal Abdelrahman_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations, and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _10-13-2022_      _Amal Abdelrahman_
                                     Amal Abdelrahman
                                     Debtor's Signature

**IMPORTANT**:

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a **completed** Certification in Support of Discharge.

*rev.8/1/18*

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| SCOTT J GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br>Attorney for Medhat Abdelmaguid and Amal Abdelrahman, Debtors |

| In Re:<br><br>Medhat Abdelmaguid<br>Amal Abdelrahman,<br><br>Debtors. | Case No: 17-23000<br><br>Chapter: 13<br><br>Judge: JKS |
|---|---|

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Medhat Abdelmaguid_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations, and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10-13-2022

_____
Medhat Abdelmaguid
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- **discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

rev.8/1/18