| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Medhat M. Abdelmaguid<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–7981<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Amal A. Abdelrahman<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–6479<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:   17–23000–JKS | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Medhat M. Abdelmaguid               Amal A. Abdelrahman
dba Casa Neno LLC, dba Paradiso Pizzeria

12/9/22                              **By the court:** John K. Sherwood
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-23000-JKS |
| Medhat M. Abdelmaguid | Chapter 13 |
| Amal A. Abdelrahman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 87 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Medhat M. Abdelmaguid, Amal A. Abdelrahman, 2 Thompson Rd, Denville, NJ 07834-2521 |
| aty | #+ | Law Offices of David Wolff LLC, 396 Route 34, Matawan, NJ 07747-7116 |
| 516903164 | | American Express, PO Box 6985, Buffalo, NY 14240-6985 |
| 516903163 | | American Express, PO Box 8216, Mason, OH 45040-8216 |
| 517318652 | + | Brady & Correale, LLP, 100 E. Hanover Ave., Ste. 201, Cedar Knolls, NJ 07927-2047 |
| 516903173 | | CACH LLC, PO Box 5980, Denver, CO 80127-5980 |
| 516903248 | + | Carl E. Zapffe, Esq., Fenton & McGarvey Law Firm, P.S.C., 2401 Stanley Gault Parkway, Louisville, KY 40223-4175 |
| 516903211 | | Daryl J. Kipnis, Esq., Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516903172 | | David Burton Brady, Esq., Brady & Correale, L.L.P., PO Box 2136, Morristown, NJ 07962-2136 |
| 516903196 | | Ferraro Foods, Inc., 287 S. Randolphville Road, Suite 200, Piscataway, NJ 08854-3806 |
| 516903202 | | First Step Group, LLC, 6300 Shingle Creek Parkway, Suite 220, Brooklyn Center, MN 55430-2162 |
| 516903192 | | Louis A. Di Mare, Esq., 287 S. Randolphville Road, Suite 200, Piscataway, NJ 08854-3806 |
| 516903230 | | Retro Fitness Rockaway, 295 U.S. Highway 46, Rockaway, NJ 07866-3823 |
| 516903232 | | Stoneleigh Recovery Associates, 810 Springer Drive, Lombardi, IL 60148-6413 |
| 517117680 | + | TD BANK, N.A., Payment Processing, PO BOX 16029, Lewiston, ME 04243-9507 |
| 517130616 | + | TD Bank, NA, Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 516903219 | | Thomas M. Murtha, Esq., Portfolio Recovery Associates LLC, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 516903247 | | Vital Recovery Services, LLC, PO Box 923748, Peachtree Corners, GA 30010-3748 |
| 516903210 | | Walter Kavanagh, Superior Court of New Jersey, Special Civil Part, PO Box 1702, Morristown, NJ 07962-1702 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BDWOLFF.COM | Dec 10 2022 01:53:00 | David Wolff, David Wolff, Chapter 7 Trustee, 750 Route 34, Suite 11, Matawan, NJ 07747-4600 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2022 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2022 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Dec 10 2022 01:53:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516903165 | + | Email/Text: legal@arsnational.com | Dec 09 2022 21:12:00 | ARS National Services Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 517078490 | | Email/PDF: bncnotices@becket-lee.com | | |

Case 17-23000-JKS    Doc 74    Filed 12/11/22    Entered 12/12/22 00:18:28    Desc Imaged
                            Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 87 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 09 2022 21:11:04 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516903168 | | EDI: BANKAMER.COM | Dec 10 2022 01:53:00 | Bank of America, PO Box 982236, El Paso, TX 79998-2236 |
| 516903162 | | EDI: BANKAMER.COM | Dec 10 2022 01:53:00 | AAA Financial Services, PO Box 15019, Wilmington, DE 19886-5019 |
| 516903169 | + | EDI: BANKAMER.COM | Dec 10 2022 01:53:00 | Bank of America, N.A., PO Box 982238, El Paso, TX 79998-2238 |
| 516903171 | | EDI: TSYS2 | Dec 10 2022 01:53:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 517210060 | + | EDI: RECOVERYCORP.COM | Dec 10 2022 01:53:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517275815 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2022 21:11:10 | CACH, LLC its successors and assigns as assignee, of First National Bank Omaha, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516903175 | | EDI: CAPITALONE.COM | Dec 10 2022 01:53:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516903179 | | EDI: CAPITALONE.COM | Dec 10 2022 01:53:00 | Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 516903224 | | Email/Text: signed.order@pfwattorneys.com | Dec 09 2022 21:12:00 | Christopher P. Odogbili, Esq., Pressler and Pressler, LLP, 7 Entin Road, Parssippany, NJ 07054-5020 |
| 516903183 | | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Citibank, N.A., PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516903185 | | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Citibank/Best Buy, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516903187 | | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Citibank/Home Depot, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516903188 | | Email/Text: mediamanagers@clientservices.com | Dec 09 2022 21:11:00 | Client Services, 3541 Harry S Truman Blvd, Saint Charles, MO 63301-4047 |
| 516903191 | | EDI: CONVERGENT.COM | Dec 10 2022 01:53:00 | Convergent, PO Box 9004, Renton, WA 98057-9004 |
| 516903193 | | EDI: DISCOVER.COM | Dec 10 2022 01:53:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 516903212 | + | EDI: CITICORP.COM | Dec 10 2022 01:53:00 | Macys, PO Box 8218, Mason, OH 45040-8218 |
| 517222552 | | EDI: Q3G.COM | Dec 10 2022 01:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517094351 | | EDI: DISCOVER.COM | Dec 10 2022 01:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516903197 | | EDI: BANKAMER.COM | Dec 10 2022 01:53:00 | FIA Card Services, PO Box 982238, El Paso, TX 79998-2238 |
| 516903198 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 09 2022 21:12:00 | First Bankcard, ATTN: First National Bank of Omaha, PO Box 2340, Omaha, NE 68103-2340 |
| 517083654 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 09 2022 21:12:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 516903201 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 09 2022 21:12:00 | First National Bank of Omaha, Stop Code 3105, Omaha, NE 68197-0001 |
| 516903204 | | Email/Text: bankruptcy@fult.com | Dec 09 2022 21:13:00 | Fulton Bank of New Jersey, 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |

| District/off: 0312-2 | User: admin | | Page 3 of 6 |
|---|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | | Total Noticed: 87 |

| | | | | |
|---|---|---|---|---|
| 516903206 | | Email/Text: fggbanko@fgny.com | Dec 09 2022 21:12:00 | Glenn S. Garbus, Esq., Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 516903209 | | EDI: IRS.COM | Dec 10 2022 01:53:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516903180 | | EDI: JPMORGANCHASE | Dec 10 2022 01:53:00 | Chase Bank USA, N.A., PO Box 15298, Wilmington, DE 19850-5298 |
| 517189684 | | Email/Text: camanagement@mtb.com | Dec 09 2022 21:12:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 516903213 | | Email/Text: camanagement@mtb.com | Dec 09 2022 21:12:00 | M&T Bank Mortgage, PO Box 1288, Buffalo, NY 14240-1288 |
| 517284581 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 09 2022 21:11:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517197612 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2022 21:13:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516903214 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 09 2022 21:11:06 | Merrick Bank, 10705 S. Jordan Gateway, Suite 200, South Jordan, UT 84095-3977 |
| 516903218 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2022 21:13:00 | Midland Credit Management, Inc., PO Box 60578, Los Angeles, CA 90060-0578 |
| 516903215 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2022 21:13:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, Los Angeles, CA 92108-2710 |
| 516903221 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 09 2022 21:12:00 | Nissan-Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 516903223 | + | Email/Text: ngisupport@radiusgs.com | Dec 09 2022 21:12:00 | Northland Group Inc, PO Box 390905, Minneapolis, MN 55439-0905 |
| 516903225 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2022 21:12:00 | PNC Bank, N.A., PO Box 3180, Pittsburgh, PA 15230-3180 |
| 517108821 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2022 21:12:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 516903226 | | EDI: PRA.COM | Dec 10 2022 01:53:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 517290605 | | EDI: PRA.COM | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517129767 | | EDI: PRA.COM | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 517129186 | | EDI: PRA.COM | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 517129763 | | EDI: PRA.COM | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517129815 | | EDI: PRA.COM | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Toysrus, POB 41067, Norfolk VA 23541 |
| 517129765 | | EDI: PRA.COM | Dec 10 2022 01:53:00 | Portfolio Recovery Associates, LLC, c/o Wal-Mart, POB 41067, Norfolk VA 23541 |
| 517275937 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2022 21:11:21 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 517290516 | | EDI: Q3G.COM | Dec 10 2022 01:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516903222 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 09 2022 21:12:00 | NJ Division of Taxation, PO Box 245, Bankruptcy Section, Trenton, NJ 08695-0245 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516903235 | | EDI: RMSC.COM | Dec 10 2022 01:53:00 | SYNCB/JC Penney DC, PO Box 965007, Orlando, FL 32896-5007 |
| 516903236 | | EDI: RMSC.COM | Dec 10 2022 01:53:00 | SYNCB/JX COS DC, PO Box 965064, Orlando, FL 32896-5064 |
| 516903237 | | EDI: RMSC.COM | Dec 10 2022 01:53:00 | SYNCB/Sams Club DC, PO Box 965005, Orlando, FL 32896-5005 |
| 516903238 | | EDI: RMSC.COM | Dec 10 2022 01:53:00 | SYNCB/TOYSRUS, PO Box 530938, Atlanta, GA 30353-0938 |
| 516903239 | | EDI: RMSC.COM | Dec 10 2022 01:53:00 | SYNCB/Walmart, PO Box 865064, Orlando, FL 32896-5064 |
| 516903231 | | Email/Text: enotifications@santanderconsumerusa.com | Dec 09 2022 21:13:00 | Santander Consumer USA, 5201 Rufe Snow Drive, North Richard Hills, TX 76180-6036 |
| 517092806 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 09 2022 21:13:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 516903233 | | Email/Text: bankruptcy@sunrisecreditservices.com | Dec 09 2022 21:12:00 | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 516905131 | + | EDI: RMSC.COM | Dec 10 2022 01:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516903240 | | EDI: TDBANKNORTH.COM | Dec 10 2022 01:53:00 | TD Bank, N.A., PO Box 84037, Columbus, GA 31908-4037 |
| 516903244 | | EDI: PRATHEBUR | Dec 10 2022 01:53:00 | The Bureaus Inc, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 517258266 | | EDI: USBANKARS.COM | Dec 10 2022 01:53:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 516903195 | | EDI: USBANKARS.COM | Dec 10 2022 01:53:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63136-0108 |
| 516903245 | | Email/Text: BAN5620@UCBINC.COM | Dec 09 2022 21:12:00 | United Collections Bureau, Inc., 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |
| 516903246 | | EDI: URSI.COM | Dec 10 2022 01:53:00 | United Recovery Systems, PO Box 722910, Houston, TX 77272-2910 |

TOTAL: 68

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516903166 | *+ | ARS National Services Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 516903167 | *+ | ARS National Services Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 516903170 | * | Bank of America, N.A., PO Box 982238, El Paso, TX 79998-2238 |
| 516903174 | * | CACH LLC, PO Box 5980, Denver, CO 80127-5980 |
| 516903176 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516903177 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516903178 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516903184 | * | Citibank, N.A., PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516903186 | * | Citibank/Best Buy, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516903189 | * | Client Services, 3541 Harry S Truman Blvd, Saint Charles, MO 63301-4047 |
| 516903190 | * | Client Services, 3541 Harry S Truman Blvd, Saint Charles, MO 63301-4047 |
| 516903194 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 516903199 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First Bankcard, ATTN: First National Bank of Omaha, PO Box 2340, Omaha, NE 68103-2340 |
| 516903203 | * | First Step Group, LLC, 6300 Shingle Creek Parkway, Suite 220, Brooklyn Center, MN 55430-2162 |

Case 17-23000-JKS    Doc 74    Filed 12/11/22    Entered 12/12/22 00:18:28    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0312-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 3180W | Total Noticed: 87 |

| 516903205 | * | Fulton Bank of New Jersey, 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |
| 516903207 | * | Glenn S. Garbus, Esq., Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 516903208 | * | Glenn S. Garbus, Esq., Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 516903181 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank USA, N.A., PO Box 15298, Wilmington, DE 19850-5298 |
| 516903182 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank USA, N.A., PO Box 15298, Wilmington, DE 19850-5298 |
| 516903216 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, Los Angeles, CA 92108-2710 |
| 516903217 | *+ | Midland Funding LLC, 2365 Northside Drive, Suite 300, Los Angeles, CA 92108-2710 |
| 516903227 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 516903228 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 516903229 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 516903234 | * | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 516903241 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., PO Box 84037, Columbus, GA 31908-4037 |
| 516903242 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., PO Box 84037, Columbus, GA 31908-4037 |
| 516903243 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., PO Box 84037, Columbus, GA 31908-4037 |
| 516903220 | * | Thomas M. Murtha, Esq., Portfolio Recovery Associates LLC, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 516903200 | ## | First Credit Services, Inc., 377 Hoes Lane, Suite 200, Piscataway, NJ 08854-4155 |

TOTAL: 0 Undeliverable, 29 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Wolff | on behalf of Attorney Law Offices of David Wolff LLC dwtrustee@verizon.net |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor M&T Bank mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T Bank phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Scott J. Goldstein | on behalf of Joint Debtor Amal A. Abdelrahman sjg@sgoldsteinlaw.com g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| Scott J. Goldstein | on behalf of Debtor Medhat M. Abdelmaguid sjg@sgoldsteinlaw.com |

District/off: 0312-2     User: admin     Page 6 of 6
Date Rcvd: Dec 09, 2022     Form ID: 3180W     Total Noticed: 87

g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8