Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 17−23000−JKS
                          Chapter: 13
                          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Medhat M. Abdelmaguid | Amal A. Abdelrahman |
| dba Casa Neno LLC, dba Paradiso Pizzeria | 2 Thompson Rd |
| 2 Thompson Rd | Denville, NJ 07834 |
| Denville, NJ 07834 | |

Social Security No.:
  xxx−xx−7981                                   xxx−xx−6479

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 9, 2023</u>                  <u>John K. Sherwood</u>
                                          Judge, United States Bankruptcy Court